Steven J. Nataupsky (SBN 155,913)
steven.nataupsky@knobbe.com
Sheila N. Swaroop (SBN 203,476)
sheila.swaroop@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff, MOPHIE, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., a California corporation, | Case No.: **SACV 13 - 1321 DMG (JEMx)** |
| Plaintiff, | **COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, TRADEMARK DILUTION, TRADE DRESS INFRINGEMENT, UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT,** |
| v. | |
| DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA, an individual, and LIVINGSOCIAL, INC., a Delaware corporation,; | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff MOPHIE, INC. ("Plaintiff" or "mophie"), hereby complains of Defendants Dharmesh Shah a.k.a. David Shah d/b/a SOURCE VISTA ("Source Vista") and LIVINGSOCIAL, INC. ("LivingSocial") (collectively "Defendants"), and alleges as follows:

## I.   JURISDICTION AND VENUE

1.      This Court has original subject matter jurisdiction over the claims that relate to trademark infringement; false designation of origin; trademark dilution; trade dress infringement; federal unfair competition; and trade dress infringement pursuant to sections 34(a) and 39(a) of the Lanham Act and 15 U.S.C. §§ 1116(a) and 1121(a); and copyright infringement under 17 U.S.C. § 501 *et seq.*, pursuant to 28 U.S.C. § 1331 and 1338(a), as these claims arise under the laws of the United States.  The Court has supplemental jurisdiction over the claims in this Complaint which arise under state statutory and common law pursuant to 28 U.S.C. § 1367(a) because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

2.      This Court has personal jurisdiction over the Defendants because they have a continuous, systematic, and substantial presence within this judicial district.  For example, by selling and offering for sale infringing products in this judicial district, and by committing acts of trade dress and/or trademark infringement in this judicial district, including but not limited to selling infringing products directly to consumers and/or retailers in this district and selling into the stream of commerce knowing such products would be sold in California and this district, Defendants' acts form a substantial part of the events or omissions giving rise to mophie's claims.

3.      Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and (c).

///

-1-

## II.   THE PARTIES

4.     Plaintiff mophie, Inc. is a corporation organized and existing under the law of the State of California, having its principal place of business at 15101 Red Hill Avenue, Tustin, CA 92780.

5.     mophie is informed and believes, and on that basis alleges, that Defendant Dharmesh Shah a.k.a. David Shah does business as Source Vista ("Source Vista") with a principal place of business at 5316 Ambergate Lane, Dallas, Texas 75287.

6.     mophie is informed and believes, and on that basis alleges, that Source Vista operates the website www.sourcevista.com.

7.     mophie is informed and believes, and on that basis alleges, that Defendant LivingSocial, Inc. ("LivingSocial") is a corporation organized and existing under the law of the State of Delaware, having its principal place of business at 1445 New York Ave. NW, Suite 200, Washington, D.C. 20005.

8.     mophie is informed and believes, and on that basis alleges, that LivingSocial operates the website www.livingsocial.com.

## III.   COMMON ALLEGATIONS FOR ALL CLAIMS OF RELIEF

9.     mophie designs and develops innovative products in the consumer electronics area.  These products include several protective battery case designs for the iPhone and other smartphones sold by Apple, Inc. ("Apple"), which provide both a protective case and a portable backup battery source that can recharge the smartphone if its internal battery is drained of power.

10.     Prior to Defendants' acts described herein, mophie developed and launched the JUICE PACK®, the first ever portable battery case certified by Apple.  mophie has now developed and launched numerous other well-known portable battery cases, including the JUICE PACK PLUS®, the JUICE PACK AIR®, and the JUICE PACK PRO®.  Apple has sold the JUICE PACK® and other mophie-designed battery cases in its retail stores.  Products designed by

mophie are also sold in other retail outlets around the country, and over the internet.   These battery case products have been very successful in the marketplace.   Customers that purchase products from mophie have come to expect a high level of quality in these products, and this expectation of quality is further enhanced by the fact that mophie has been qualified by Apple as an approved supplier.

11.   In order to protect mophie's investment in the development of its proprietary technology, mophie has obtained United States patents, trademarks, and copyrights.

12.   mophie is the owner of U.S. Patent No. 8,367,235 (the '235 Patent), entitled "Battery pack, holster, and extendible processing and interface platform for mobile devices," which was issued on or about February 5, 2013, for a battery pack for a mobile device.   Attached hereto as Exhibit 1 is a true and correct copy of the '235 Patent, which is incorporated herein by reference.

13.   mophie is the owner of numerous trademark registrations, including the following U.S. Trademark Registrations (the "mophie Marks"): MOPHIE®, Registration Number 3,227,723, filed June 8, 2006, and registered April 10, 2007, which is now incontestable; MOPHIE®, Registration Number 3,949,983 filed January 25, 2010, and registered April 26, 2011; MOPHIE®, Registration Number 4,329,474, filed June 26, 2012, and registered April 30, 2013; MOPHIE JUICE PACK®, Registration Number 4,065,937, filed November 17, 2010, and registered December 6, 2011; MOPHIE JUICE PACK PLUS®, Registration Number 4,065,942, filed November 18, 2010, and registered December 6, 2011; MOPHIE JUICE PACK PRO®, Registration Number 4,195,308, filed November 18, 2010, and registered August 21, 2012; JUICE PACK®, Registration Number 4,286,345, filed September 12, 2012, and registered February 5, 2013; JUICE PACK PLUS®, Registration Number 4,331,770, filed September 12, 2012, and registered May 7, 2013; JUICE PACK

AIR®, Registration Number 4,286,346, filed September 12, 2012, and registered February 5, 2013; JUICE PACK PRO®, Registration Number 4,331,771, filed September 12, 2012, and registered May 7, 2013; and JUICE PACK POWERSTATION®, Registration Number 4,331,772, filed September 12, 2012, and registered May 7, 2013. Attached hereto as Exhibits 2-12 are true and correct copies of mophie's trademark registrations, which are incorporated herein by reference. As a result of these registrations, mophie owns a family of JUICE PACK® marks.

14. The mophie Marks have not been abandoned, canceled, or revoked.

15. mophie also has common law trademark rights to the marks identified above, as well as to additional trademarks, such as its Circular Pattern trademark used in connection with battery cases. An example of a battery case using the Circular Pattern trademark is depicted in the photograph attached hereto as Exhibit 13.

16. Each of the mophie Marks identified above constitute an enforceable trademark that uniquely identifies, *inter alia*, battery cases as emanating from, sponsored by, and/or authorized by mophie.

17. As a result of the widespread use and display of each of the mophie Marks as a distinctive trademark identifying, *inter alia*, battery cases, (a) the public has come to recognize and identify products bearing any of the mophie Marks as emanating from mophie, (b) the public recognizes that products bearing any of the mophie Marks constitute high quality products that conform to the specifications created by mophie, and (c) each of the mophie Marks has established strong secondary meaning and extensive goodwill.

18. mophie sells battery cases under the mophie Marks bearing distinctive trade dress in distinctive product packaging ("MOPHIE FLAP BOX Trade Dress"). An example of the MOPHIE FLAP BOX Trade Dress is depicted in the photographs attached as Exhibit 14.

19. As a result of mophie's widespread use and display of the MOPHIE FLAP BOX Trade Dress in association with its battery cases, (a) the public has come to recognize and identify battery cases bearing the MOPHIE FLAP BOX Trade Dress as emanating from mophie, (b) the public recognizes that products bearing the MOPHIE FLAP BOX Trade Dress constitute high quality products that conform to the specifications created by mophie, and (c) the MOPHIE FLAP BOX Trade Dress has established strong secondary meaning and extensive goodwill.

20. mophie is the owner of valid copyrights for its battery case packaging, including Registration No. VA 1-780-916 registered on March 30, 2011, Registration No. VA 1-814-020 registered on February 21, 2012, and Registration No. VA 1-794-977 registered on July 25, 2011. Attached as Exhibits 15-17 are true and correct copies of mophie's copyright registrations and specimens, which are incorporated herein by reference.

21. mophie is informed and believes, and on that basis alleges, that Source Vista has offered for sale and/or sold products, including battery case products, on its website www.sourcevista.com. An example of the products offered for sale by Source Vista is shown on the website pages attached hereto as Exhibit 18. In connection with these offers, Source Vista has also posted a user manual, attached as Exhibit 19.

22. mophie is informed and believes, and on that basis alleges, that LivingSocial offers for sale and/or sells products and provides information and links for its users to access third party websites. For example, on www.livingsocial.com, LivingSocial has promoted, offered for sale, and/or sold battery cases for use with Apple's iPhone 5 smartphone. The LivingSocial website also contains links to the www.sourcevista.com website. An example of the information and links that LivingSocial has included on its website are attached hereto as Exhibit 20.

## IV.   **FIRST CLAIM FOR RELIEF**

(Federal Trademark Infringement and Counterfeiting)
(15 U.S.C.  § 1114)
(Against Source Vista)

23.    mophie repeats and re-alleges the allegations of paragraphs 1-22 of this Complaint as if set forth fully herein.

24.    This is a claim for trademark infringement and counterfeiting arising under 15 U.S.C. § 1114.

25.    Upon information and belief, Source Vista is involved in the manufacture, sale, offer for sale, distribution, import and/or export of battery cases in connection with one or more of the mophie Marks without mophie's consent.

26.    Upon information and belief, long after mophie's adoption and use of each of the mophie Marks, and after the federal registration of each of the mophie Marks, Source Vista has affixed and used in commerce reproductions, counterfeits, copies, or colorable imitations of one or more of the mophie Marks without mophie's consent in a manner that infringes upon mophie's rights in the mophie Marks in violation of 15 U.S.C. § 1114.

27.    Without mophie's consent, Source Vista uses in commerce marks that are confusingly similar to the mophie Marks in connection with the sale, offering for sale, distribution, or advertising of goods in a manner which is likely to cause confusion, or to cause mistake, or to deceive.

28.    mophie is informed and believes, and thereon alleges, that Source Vista did so with actual knowledge of mophie's ownership and prior use of the mophie Marks, and with the intent to unfairly compete with mophie, to trade upon mophie's reputation and goodwill by causing confusion and mistake among customers and the public, and to deceive the public into believing that

Source Vista's products are associated with, sponsored by, originate from, or are approved by mophie, when they are not.

29.     mophie is informed and believes, and thereon alleges, that Source Vista's activities constitute willful and intentional infringement of the mophie Marks in total disregard of mophie's proprietary rights, and were done despite Source Vista's knowledge that the use of the mophie Marks was and is in direct contravention of mophie's rights.

30.     mophie is informed and believes, and thereon alleges, that Source Vista has derived and received, and will continue to derive and receive, gains, profits, and advantages from the use of the mophie Marks in an amount that is not presently known to mophie.   By reason of Source Vista's actions, constituting unauthorized use of the mophie Marks, mophie has been damaged and is entitled to monetary relief in an amount to be determined at trial.

31.     Due to Source Vista's actions, constituting unauthorized use of the mophie Marks, mophie has suffered and continues to suffer great and irreparable injury, for which mophie has no adequate remedy at law.

## V.   <u>SECOND CLAIM FOR RELIEF</u>

(Federal Unfair Competition & False Designation of Origin)
(15 U.S.C. § 1125(a))
(Against Source Vista)

32.     mophie repeats and re-alleges the allegations of paragraphs 1-31 of this Complaint as if set forth fully herein.

33.     This is a claim for unfair competition and false designation of origin arising under 15 U.S.C. § 1125(a).

34.     Source Vista's use of the mophie Marks without mophie's consent constitutes a false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association

of such person with another person, or as to the origin, sponsorship, or approval of his or her goods or commercial activities by another person in violation of 15 U.S.C. § 1125(a).

35. Source Vista's use of the mophie Marks without mophie's consent constitutes a false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods or commercial activities in violation of 15 U.S.C. § 1125(a).

36. Such conduct by Source Vista is likely to confuse, mislead, and deceive Source Vista's customers, purchasers, and members of the public as to the origin of the mophie Marks or cause said persons to believe that Source Vista and/or its products have been sponsored, approved, authorized, or licensed by mophie or are in some way affiliated or connected with mophie, when they are not, all in violation of 15 U.S.C. § 1125(a).

37. Upon information and belief, Source Vista's actions were undertaken willfully with full knowledge of the falsity of such designation of origin and false descriptions or representations.

38. mophie is informed and believes, and thereon alleges, that Source Vista has derived and received, and will continue to derive and receive, gains, profits, and advantages from Source Vista's false designation of origin, false or misleading statements, descriptions of fact, or false or misleading representations of fact in an amount that is not presently known to mophie. By reason of Source Vista's actions, constituting false designation of origin, false or misleading statements, false or misleading descriptions of fact, or false or misleading representations of fact, mophie has been damaged and is entitled to monetary relief in an amount to be determined at trial.

/ / /

39.     Due to Source Vista's actions, constituting false designation of origin, false or misleading statements, false or misleading description of fact, or false or misleading representations of fact, mophie has suffered and continues to suffer great and irreparable injury, for which mophie has no adequate remedy at law.

## VI.    THIRD CLAIM FOR RELIEF

(Federal Trademark Dilution)
(15 U.S.C. § 1125(c))
(Against Source Vista)

40.     mophie repeats and re-alleges the allegations of paragraphs 1-39 of this Complaint as if set forth fully herein.

41.     This is a claim for trademark dilution under 15 U.S.C. § 1125(c).

42.     The products sold by mophie under the mophie Marks have been widely advertised, promoted, and distributed to the purchasing public throughout the United States and the world.

43.     Products sold under the mophie Marks, by reason of their style and design and quality of workmanship, have come to be known to the purchasing public throughout the United States as representing products of high quality, which are sold under good merchandising and customer service conditions.  As a result, the mophie Marks, and the goodwill associated therewith, are of great value to mophie.

44.     By virtue of the wide renown acquired by the mophie Marks, coupled with the national and international distribution and extensive sale of various products distributed under this trademark, each of the mophie Marks has become famous.

45.     Upon information and belief, Source Vista's actions were done willfully with intent to exploit mophie's reputation and dilute the mophie Marks.

46.    By reason of the aforesaid acts constituting trademark dilution, mophie has been damaged and is entitled to monetary relief in an amount to be determined at trial.

47.    Due to Source Vista's actions, constituting trademark dilution, mophie has suffered and continues to suffer great and irreparable injury, for which mophie has no adequate remedy at law.

## VII.    FOURTH CLAIM FOR RELIEF

(California Common Law Trademark Infringement)
(Against Source Vista)

48.    mophie repeats and re-alleges the allegations of paragraphs 1-47 of this Complaint as if set forth fully herein.

49.    This is a claim for trademark infringement, arising under California common law.

50.    Source Vista's acts complained of herein constitute trademark infringement under California common law.  Source Vista's acts complained of herein are willful and deliberate and committed with knowledge that Source Vista's unauthorized use of the mophie Marks causes a likelihood of confusion.

51.    mophie is informed and believes, and thereon alleges, that Source Vista has derived and received and will continue to derive and receive, gains, profits and advantages from Source Vista's trademark infringement in an amount that is not presently known to mophie.  By reason of Source Vista's wrongful acts as alleged in this Complaint, mophie has been damaged and is entitled to monetary relief in an amount to be determined at trial.

52.    Due to Source Vista's trademark infringement, mophie has suffered and continues to suffer great and irreparable injury for which mophie has no adequate remedy at law.

/ / /

/ / /

53.     Source Vista's willful acts of trademark infringement under California common law constitute fraud, oppression, and malice.  Accordingly, mophie is entitled to exemplary damages.

### VIII.    FIFTH CLAIM FOR RELIEF

(Federal Unfair Competition & False Designation of Origin)
(15 U.S.C. § 1125(a))
(Against Defendant Source Vista)

54.     mophie repeats and re-alleges the allegations of paragraphs 1-53 of this Complaint as if set forth fully herein.

55.     This is a claim for unfair competition and false designation of origin under 15 U.S.C. § 1125(a).

56.     Source Vista's use of the Circular Pattern trademark without mophie's consent constitutes a false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods or commercial activities by another person in violation of 15 U.S.C. § 1125(a).

57.     Source Vista's use of the Circular Pattern trademark without mophie's consent constitutes a false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods or commercial activities in violation of 15 U.S.C. § 1125(a).

58.     Such conduct by Source Vista is likely to confuse, mislead, and deceive Source Vista's customers, purchasers, and members of the public as to the origin of the Circular Pattern trademark or cause said persons to believe that Source Vista and/or its products have been sponsored, approved, authorized, or

licensed by mophie or are in some way affiliated or connected with mophie, when they are not, all in violation of 15 U.S.C. § 1125(a).

59. Upon information and belief, Source Vista's actions were undertaken willfully with full knowledge of the falsity of such designation of origin and false descriptions or representations.

60. mophie is informed and believes, and thereon alleges, that Source Vista has derived and received, and will continue to derive and receive, gains, profits, and advantages from Source Vista's false designation of origin, false or misleading statements, descriptions of fact, or false or misleading representations of fact in an amount that is not presently known to mophie. By reason of Source Vista's actions, constituting false designation of origin, false or misleading statements, false or misleading descriptions of fact, or false or misleading representations of fact, mophie has been damaged and is entitled to monetary relief in an amount to be determined at trial.

61. Due to Source Vista's actions, constituting false designation of origin, false or misleading statements, false or misleading description of fact, or false or misleading representations of fact, mophie has suffered and continues to suffer great and irreparable injury, for which mophie has no adequate remedy at law.

## IX.    SIXTH CLAIM FOR RELIEF

(Federal Trade Dress Infringement)
(15 U.S.C. § 1125(a))
(Against Defendant Source Vista)

62. mophie repeats and re-alleges the allegations of paragraphs 1-61 of this Complaint as if set forth fully herein.

63. This is a claim for trade dress infringement under 15 U.S.C. § 1125(a).

/ / /

64.     As a result of the widespread use and display of the MOPHIE FLAP BOX Trade Dress, the trade dress has acquired secondary meaning to potential purchasers, in that potential purchasers have come to associate battery cases bearing the design of the MOPHIE FLAP BOX Trade Dress with mophie.

65.     Subsequent to mophie's use and adoption of the MOPHIE FLAP BOX Trade Dress, Source Vista has developed, advertised, and sold battery cases that use trade dress that is confusingly similar to the MOPHIE FLAP BOX Trade Dress.  For example, Source Vista's battery cases for iPhone use trade dress that is confusingly similar to the MOPHIE FLAP BOX Trade Dress.

66.     Source Vista's use of these features in connection with its battery cases constitutes a false designation of origin that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Source Vista with mophie.

67.     Source Vista's false designation of origin, when used in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of Source Vista's goods by representing to consumers that Source Vista's products have the same nature, characteristics, qualities, and origin as mophie's products.

68.     Upon information and belief, Source Vista's acts of trade dress infringement were undertaken willfully with full knowledge of the falsity of such designation of origin and false descriptions or representations, and with the express intent to cause confusion, and to mislead and deceive the purchasing public.

69.     mophie is informed and believes, and thereon alleges, that Source Vista has derived and received, and will continue to derive and receive, gains, profits and advantages from Source Vista's trade dress infringement in an amount that is not presently known to mophie.  By reason of Source Vista's

actions, constituting trade dress infringement, mophie has been damaged and is entitled to monetary relief in an amount to be determined at trial.

70. Due to Source Vista's actions, constituting trade dress infringement, mophie has suffered and continues to suffer great and irreparable injury, for which mophie has no adequate remedy at law.

## X.   SEVENTH CLAIM FOR RELIEF

(California Unfair Competition)
(Against Defendant Source Vista)

71. mophie repeats and re-alleges the allegations of paragraphs 1-70 of this Complaint as if set forth fully herein.

72. This is a claim for unfair competition, arising under California Business & Professions Code § 17200, *et seq.* and California common law.

73. Source Vista's acts of trademark infringement, false designation of origin, trademark dilution, and trade dress infringement complained of herein constitute unfair competition with mophie under the common law and statutory laws of the State of California, particularly California Business & Professions Code § 17200 et seq.

74. mophie is informed and believes, and thereon alleges, that Source Vista has derived and received, and will continue to derive and receive, gains, profits and advantages from Source Vista's unfair competition in an amount that is not presently known to mophie. By reason of Source Vista's wrongful acts as alleged in this Complaint, mophie has been damaged and is entitled to monetary relief in an amount to be determined at trial.

75. By its actions, Source Vista has injured and violated the rights of mophie and has irreparably injured mophie, and such irreparable injury will continue unless Source Vista is enjoined by this Court.

/ / /

/ / /

-14-

# XI.   EIGHTH CLAIM FOR RELIEF

(Copyright Infringement)
(Against Source Vista)

76.   mophie repeats and re-alleges the allegations of paragraphs 1-75 of this Complaint as if set forth fully herein.

77.   This is an action for copyright infringement under the Copyright Act, 17 U.S.C. § 501 *et seq*.

78.   mophie is the owner of a valid and enforceable copyright in its product packaging and inserts used in connection with its battery case products. The product packaging and inserts contains copyrightable subject matter under 17 U.S.C. §§ 101 *et seq*.

79.   mophie has complied with the registration requirements of 17 U.S.C. § 411(a) for the Copyrighted Works, and has obtained Copyright Registrations Nos. VA 1-780-916, VA 1-814-020, and VA 1-794-977  for its product packaging and inserts.

80.   Source Vista's deliberate copying of mophie's copyrighted works infringes and continues to infringe mophie's copyrights in violation of 17 U.S.C. § 501(a).  Defendants are directly and indirectly infringing on mophie's exclusive right to reproduce copies, make derivative works, and distribute copies of its copyrighted works under 17 U.S.C. § 106(1)–(3).

81.   Upon information and belief, Source Vista's infringement has been willful and deliberate.

82.   Source Vista's acts have injured mophie in an amount to be determined at trial.

83.   mophie is being irreparably damaged by Source Vista's infringement of mophie's copyrights, and has no adequate remedy at law to address the harm Source Vista is causing.

/ / /

## XII.   <u>NINTH CLAIM FOR RELIEF</u>

(Copyright Infringement)
(Against LivingSocial)

84.     mophie repeats and re-alleges the allegations of paragraphs 1-83 of this Complaint as if set forth fully herein.

85.     This is an action for copyright infringement under the Copyright Act, 17 U.S.C. § 501 *et seq*.

86.     mophie is the owner of valid and enforceable copyrights in its product packaging and inserts used in connection with its battery case products. The product packaging and inserts contain copyrightable subject matter under 17 U.S.C. §§ 101 *et seq.*

87.     mophie has complied with the registration requirements of 17 U.S.C. § 411(a) for the Copyrighted Works, and has obtained Copyright Registrations Nos. VA 1-780-916, VA 1-814-020, and VA 1-794-977 for its product packaging and inserts.

88.     LivingSocial is indirectly infringing on mophie's exclusive right to reproduce copies, make derivative works, and distribute copies of its copyrighted works under 17 U.S.C. § 106(1)–(3).

89.     Upon information and belief, LivingSocial's infringement has been willful and deliberate.

90.     LivingSocial's acts have injured mophie in an amount to be determined at trial.

91.     mophie is being irreparably damaged by LivingSocial's infringement of mophie's copyrights, and has no adequate remedy at law to address the harm LivingSocial is causing.

/ / /

/ / /

/ / /

## XIII.   PRAYER FOR RELIEF

**WHEREFORE**, mophie prays for judgment in its favor against Defendants for the following relief:

A.   A preliminary and permanent injunction against Source Vista, its officers, agents, servants, employees, representatives, successors, and assigns, and all persons, firms, or corporations in active concert or participation with Source Vista, enjoining them from engaging in the following activities and from assisting or inducing, directly or indirectly, others to engage in the following activities:

1.   using any of the mophie Marks, or any other mark, symbol, or logo that is confusingly similar to any of the mophie Marks on or in connection with any goods, including but not limited to, battery cases;

2.   using the MOPHIE FLAP BOX Trade Dress, or any other trade dress that is confusingly similar to the MOPHIE FLAP BOX Trade Dress;

3.   falsely designating the origin of Source Vista's goods;

4.   copying, reproducing, distributing, displaying, or creating derivative works of mophie's copyrighted works;

5.   unfairly competing with mophie in any manner whatsoever;

6.   making false or misleading statements, descriptions of fact, or false or misleading representations of fact;

7.   causing a likelihood of confusion or injuries to mophie's business reputation; and

8.   manufacturing, using, displaying, distributing, or selling any goods that infringe any of the mophie Marks, the Circular Pattern trademark, or the MOPHIE FLAP BOX trade dress.

/ / /

B.    That Source Vista be required to account for any and all profits derived by its acts of trademark infringement, false designation of origin, trademark dilution, trade dress infringement, and unfair competition complained of in this Complaint.

C.    That Source Vista's acts of trademark infringement and counterfeiting, false designation of origin, trademark dilution, trade dress infringement and unfair competition complained of in this Complaint be deemed willful, that this be deemed an exceptional case, and that mophie be entitled to enhanced damages.

D.    A preliminary and permanent injunction against LivingSocial, its officers, agents, servants, employees, representatives, successors, and assigns, and all persons, firms, or corporations in active concert or participation with LivingSocial, enjoining them from engaging in copying, reproducing, distributing, displaying, or creating derivative works of mophie's copyrighted works and from assisting or inducing, directly or indirectly, others to engage in such activities.

E.    That mophie be awarded damages for Source Vista's trademark infringement and counterfeiting pursuant to 15 U.S.C. § 1117 in the form of either: (i) Source Vista's profits, damages sustained by mophie, and the costs of the action; or (ii) statutory damages pursuant to 15 U.S.C. § 1117(c), at mophie's election before the entry of a final judgment.

F.    That the amount of the profits or damages be increased three times, pursuant to 15 U.S.C. § 1117(b), to properly compensate mophie for Source Vista's actions.

G.    That Defendants violated 17 U.S.C. § 501(a) by infringing mophie's Copyright Registration Nos. VA 1-780-916, VA 1-814-020, and VA 1-794-977.

/ / /

1   H.    That mophie be awarded its damages and Defendants' profits under
2   17 U.S.C. § 504, as well as enhanced damages pursuant to 17 U.S.C. § 504.
3   Alternatively, if mophie elects, that mophie be awarded statutory damages
4   pursuant to 17 U.S.C. § 504.

5   I.    That mophie be awarded its reasonable costs, expenses, and
6   attorneys' fees pursuant to 17 U.S.C. § 504 and/or 15 U.S.C. § 1117.

7   J.    That Defendants be required to deliver and destroy within thirty
8   (30) days all devices, literature, advertising, packaging, goods, and other
9   materials bearing the infringing trademarks, trade dress, or copyrighted works
10  pursuant to 15 U.S.C. § 1118 and 17 U.S.C. § 503.

11  K.    The mophie be awarded damages for Source Vista's trade dress
12  infringement, common law trademark infringement, and unfair competition
13  pursuant to California Business & Professions Code § 17200 *et seq.*

14  L.    That Source Vista's acts of trade dress infringement and unfair
15  competition complained of in this Complaint be deemed willful; that this be
16  deemed an exceptional case; and that mophie be entitled to enhanced damages.

17  M.    An award of pre-judgment and post-judgment interest  and costs of
18  this action against Defendants;

19  N.    Such other and further relief as this Court may deem just.

21                         KNOBBE, MARTENS, OLSON & BEAR, LLP

23  Dated: August 26, 2013          By: _____
24                                      Steven J. Nataupsky
                                        Sheila N. Swaroop

25                                  Attorneys for Plaintiff,
26                                  MOPHIE, INC.

## DEMAND FOR TRIAL BY JURY

Plaintiff mophie, Inc. hereby demands a trial by jury on all issues so triable.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 26, 2013          By: _____

                                     Steven J. Nataupsky
                                     Sheila N. Swaroop

Attorneys for Plaintiff,
MOPHIE, INC.

16074185

-20-

# EXHIBIT 1

US008367235B2

(12) **United States Patent**

Huang

(10) Patent No.: **US 8,367,235 B2**

(45) Date of Patent: *****Feb. 5, 2013**

(54) **BATTERY PACK, HOLSTER, AND EXTENDIBLE PROCESSING AND INTERFACE PLATFORM FOR MOBILE DEVICES**

(75) Inventor: **Daniel Huang**, Santa Ana, CA (US)

(73) Assignee: **mophie, Inc.**, Santa Ana, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/357,262**

(22) Filed: **Jan. 21, 2009**

(65) **Prior Publication Data**

US 2009/0186241 A1     Jul. 23, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 12/357,262, filed on Jan. 21, 2009, which is a continuation-in-part of application No. 12/356,068, filed on Jan. 19, 2009, now abandoned.

(60) Provisional application No. 61/021,897, filed on Jan. 18, 2008.

(51) **Int. Cl.**
*H01M 2/10* (2006.01)
*H01M 6/04* (2006.01)
*G02B 5/14* (2006.01)

(52) **U.S. Cl.** ...... **429/96**; 429/100; 429/188; 361/679.56

(58) **Field of Classification Search** ............... 429/96, 429/97, 98, 100, 188; 361/679.56
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,001,772 A | * | 3/1991 | Holcomb et al. | .......... 455/575.1 |
| 5,368,159 A | | 11/1994 | Doria | |

| | | | | |
|---|---|---|---|---|
| 5,508,123 A | * | 4/1996 | Fan | ................................. 429/96 |
| D372,896 S | | 8/1996 | Nagele et al. | |
| 5,586,002 A | | 12/1996 | Notarianni | |
| 5,604,050 A | | 2/1997 | Brunette et al. | |
| 5,610,979 A | | 3/1997 | Yu | |
| 5,708,707 A | | 1/1998 | Halttlunen et al. | |
| 5,711,013 A | | 1/1998 | Collett et al. | |
| D392,248 S | | 3/1998 | Johansson | |
| D392,939 S | | 3/1998 | Finke-Anlauff | |
| 5,786,106 A | * | 7/1998 | Armani | .......................... 429/98 |
| D400,495 S | | 11/1998 | Deslyper et al. | |
| 5,864,766 A | | 1/1999 | Chiang | |
| 5,973,477 A | * | 10/1999 | Chang | .......................... 320/114 |

(Continued)

OTHER PUBLICATIONS

Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration dated Jul. 13, 2011 for PCT/US2011/037249 based on U.S. Appl. No. 61/346,386.

(Continued)

*Primary Examiner* — Patrick Joseph Ryan
*Assistant Examiner* — Julian Anthony
(74) *Attorney, Agent, or Firm* — Matthew D. Bottomly

(57) **ABSTRACT**

A battery pack is provided for a mobile communication device, comprising a casing defining a cavity that conforms, at least partially, to the outer shape of the mobile communication device and one or more rechargeable power cells housed within the thickness of the casing. An internal interface engages a corresponding interface on the mobile communication device to provide power from the one or more rechargeable cells to the mobile communication device. An external interface is electrically coupled to the internal interface in order to transmit signals from the mobile communication device to an external device and may further serve to recharge the one or more rechargeable power cells. The battery pack may also serve as an extendible platform by providing additional integrated communication interfaces and/or processors that can be utilized by the mobile communication device to extend its communication and/or processing capabilities.

**54 Claims, 21 Drawing Sheets**



**US 8,367,235 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,043,626 | A | 3/2000 | Snyder et al. |
| 6,171,138 | B1 | 1/2001 | Lefebvre et al. |
| 6,184,654 | B1 | 2/2001 | Bachner, III et al. |
| 6,208,115 | B1 * | 3/2001 | Binder ............................ 320/108 |
| 6,317,313 | B1 | 11/2001 | Mosgrove et al. |
| 6,324,380 | B1 | 11/2001 | Kiuchi et al. |
| D460,411 | S | 7/2002 | Wang |
| 6,538,413 | B1 | 3/2003 | Beard et al. |
| 6,555,990 | B1 | 4/2003 | Yang |
| 6,614,722 | B2 | 9/2003 | Polany et al. |
| 6,992,461 | B2 | 1/2006 | Liang et al. |
| 7,166,987 | B2 | 1/2007 | Lee et al. |
| D547,056 | S | 7/2007 | Griffin et al. |
| D547,057 | S | 7/2007 | Griffin et al. |
| D556,681 | S | 12/2007 | Kim |
| D558,972 | S | 1/2008 | Oh |
| D558,973 | S | 1/2008 | Hussaini et al. |
| D561,092 | S | 2/2008 | Kim |
| 7,336,973 | B2 | 2/2008 | Goldthwaite |
| 7,400,917 | B2 | 7/2008 | Wood et al. |
| D575,056 | S | 8/2008 | Tan |
| 7,428,427 | B2 | 9/2008 | Brunstrom et al. |
| D581,151 | S | 11/2008 | Aipa |
| D582,149 | S | 12/2008 | Tan |
| 7,479,759 | B2 | 1/2009 | Vilanov et al. |
| D587,896 | S | 3/2009 | Aipa |
| D601,955 | S | 10/2009 | Ekme |
| D601,959 | S | 10/2009 | Lee et al. |
| 7,612,997 | B1 * | 11/2009 | Diebel et al. ............. 361/679.56 |
| D610,538 | S | 2/2010 | Wu et al. |
| 7,782,610 | B2 | 8/2010 | Diebel et al. |
| D632,648 | S | 2/2011 | Yang |
| D634,704 | S | 3/2011 | Tieleman et al. |
| D637,952 | S | 5/2011 | Tan |
| D639,731 | S | 6/2011 | Sun |
| 2001/0054148 | A1 | 12/2001 | Hoornaert |
| 2002/0147035 | A1 | 10/2002 | Su |
| 2003/0096642 | A1 | 5/2003 | Bessa et al. |
| 2003/0218445 | A1 | 11/2003 | Behar |
| 2003/0228866 | A1 | 12/2003 | Pezeshki |
| 2004/0097256 | A1 | 5/2004 | Kujawski |
| 2004/0104268 | A1 | 6/2004 | Bailey |
| 2005/0090301 | A1 | 4/2005 | Lange et al. |
| 2005/0231159 | A1 | 10/2005 | Jones et al. |
| 2005/0247787 | A1 | 11/2005 | Von Mueller et al. |
| 2005/0248312 | A1 | 11/2005 | Cao et al. |
| 2006/0058073 | A1 | 3/2006 | Kim |
| 2006/0063569 | A1 | 3/2006 | Jacobs et al. |
| 2006/0099999 | A1 | 5/2006 | Park |
| 2007/0152633 | A1 | 7/2007 | Lee |
| 2007/0167190 | A1 | 7/2007 | Moosavi et al. |
| 2007/0236180 | A1 | 10/2007 | Rodgers |
| 2007/0297149 | A1 | 12/2007 | Richardson et al. |
| 2008/0007214 | A1 | 1/2008 | Cheng |
| 2008/0053770 | A1 | 3/2008 | Tynyk |
| 2008/0096620 | A1 | 4/2008 | Lee et al. |
| 2008/0108395 | A1 | 5/2008 | Lee et al. |
| 2008/0123287 | A1 | 5/2008 | Rossell et al. |
| 2008/0132289 | A1 | 6/2008 | Wood et al. |
| 2009/0051319 | A1 | 2/2009 | Fang et al. |
| 2009/0069050 | A1 | 3/2009 | Jain |
| 2009/0073650 | A1 | 3/2009 | Huang |
| 2009/0143104 | A1 | 6/2009 | Loh |
| 2009/0144456 | A1 | 6/2009 | Gelf |
| 2009/0186264 | A1 | 7/2009 | Huang |
| 2010/0026589 | A1 | 2/2010 | Dou |
| 2010/0064883 | A1 | 3/2010 | Gynes |

### OTHER PUBLICATIONS

Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration dated Jul. 13, 2011 for PCT/US2011/037254 based on U.S. Appl. No. 61/346,386.

Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration dated Jul. 19, 2011 for PCT/US2011/037244 based on U.S. Appl. No. 61/346,386.

Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration dated Sep. 22, 2011 for PCT/US2011/037257 based on U.S. Appl. No. 61/346,386.

Mophie Juice Pack iPhone 1G Product Reference, May 1, 2008, 22 pages.

Horwitz, Jeremy; "Kensington Mini Battery Pack and Charger for iPhone and iPod", iLounge; May 16, 2008; available at http://www.ilounge.com/index.php/reviews/entry/kensington-mini-battery-pack-and-charger-for-iphone-and-ipod/; retrieved May 12, 2009; 3 pages.

Rafferty, Sven; Mybat External Battery for iPhone and iPod; SvenOnTech; May 18, 2008; available at <http://sventech,com/re-views/?p=74>; retrieved May 12, 2009; 4 pages.

Rees, Dave; "Richard Solo Backup Battery for iPhone/iPod Review," The Gadgeteer Jun. 16, 2008; available at http://the-gadgeteer.com/2008/06/16/richard_solo_backup_for_iphone_ipod/; retrieved May 12, 2009; 8 pages.

Coldewey, Devin; "Combination iPhone battery pack and flash from FastMac," CrunchGear; Nov. 4, 2008; available at http://www.crunchgear.com/2008/11/04/    combination-iphone-battery-pack-and-flash-from-fastmac/>; retrieved May 12, 2009; 3 pages.

"Cheap DIY iPhone External Battery"; Michael Fisher's Web Log; Jul. 22, 2008; available at http://fastdad.wordpress.com/2008/07/22/cheap-diy-iphone-external-battery/>; retrieved May 12, 2009 10 pages.

Mophie Juice Pack iPhone 3G Product Reference, Aug. 4, 2008, 33 pages.

"Mini Battery Pack and Charger for iPhone and iPod," Kensington; Sep. 30, 2008; available at files.acco.com/KENSINGTON/K33442US/K33442US-usconsumer.pdf; retrieved May 12, 2009; 1 page.

Horwitz, Jeremy ; "iLuv i603/ i604 Rechargeable Lithium Polymer Batteries with Silicone Skin," iLounge; Jun. 27, 2006 available at http://www.ilounge.com/index.php/reviews/iluv-i603-rechargeable-lithium-polymer-battery-with-silicone-skin/>; retrieved May 12, 2009; 3 pages.

* cited by examiner



FIG. 1



202

100

FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

Case 8:13-cv-01321-DMG-JEM Document 1 Filed 08/26/13 Page 31 of 124 Page ID #:37



FIG. 8



**FIG. 9**

Case 8:13-cv-01321-DMG-JEM   Document 1   Filed 08/26/13   Page 33 of 124   Page ID #:39



FIG. 10



FIG. 11



FIG. 12



FIG. 13

U.S. Patent          Feb. 5, 2013          Sheet 13 of 21          US 8,367,235 B2



FIG. 14

Case 8:13-cv-01321-DMG-JEM   Document 1   Filed 08/26/13   Page 38 of 124   Page ID #:44



FIG. 15

1502

Exhibit 1, Page 36 of 98



FIG. 16



FIG. 17



FIG. 18

1502



FIG. 19



FIG. 20



FIG. 21



FIG. 22

US 8,367,235 B2

**1**

# BATTERY PACK, HOLSTER, AND EXTENDIBLE PROCESSING AND INTERFACE PLATFORM FOR MOBILE DEVICES

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation application of U.S. application Ser. No. 12/357,262, filed Jan. 21, 2009, which is a continuation-in-part application of U.S. application Ser. No. 12/356,068, filed Jan. 19, 2009, now abandoned, and claims priority to U.S. provisional application Ser. No. 61/021,897, entitled "Battery Pack and Holster for Mobile Devices" filed Jan. 18, 2008, the disclosures of which are hereby expressly incorporated by reference.

## FIELD

One embodiment relates to battery packs and/or holsters and, more particular, to an external battery pack and/or holster for mobile electronic devices.

## BACKGROUND

Many mobile devices (e.g., mobile phones, digital assistants, mobile communication devices, handheld computing devices, personal music/video/content players and storage devices) are often powered by battery power sources. Such battery power sources are often housed within the mobile device and may be changed and/or recharged as needed. However, as more powerful mobile devices are designed, these tend to consume power more quickly, thereby shortening the time between charges. This tends to limit the usefulness of the mobile device since the user must find a power source to recharge the battery source and wait until it is recharged.

Additionally, after a certain number of recharges, a battery source may need to be replaced as it may no longer hold a charge. Oftentimes, it is not easy to replace a battery source as the mobile device may need to be disassembled or opened to reach the battery source.

Therefore, a way is needed to extend the time between charges of mobile devices and/or continue to power the mobile device even after an internal power source has been depleted.

## SUMMARY

According to one embodiment, a battery pack for a mobile communication device is provided comprising a casing and one or more rechargeable power cells. The casing may define a cavity that conforms, at least partially, to the outer shape of the mobile communication device. Additionally, the casing may further define one or more access openings to permit access to integrated interfaces (e.g., power button, camera lens, audio jack, etc.) of the mobile communication device.

The one or more rechargeable power cells may be housed within the thickness of the casing. For example, the power cells may be housed within the thickness of a back plane of the casing. The casing may secure the mobile communication device within the cavity while at least one surface of the mobile communication device remains exposed.

The battery pack may also include an internal interface and/or external interface. The internal interface may engage a corresponding interface on the mobile communication device to provide power from the one or more rechargeable cells to

**2**

the mobile communication device. The external interface may be electrically coupled to the internal interface in order to transmit signals from the mobile communication device to an external device. The external interface may further serve to recharge the one or more rechargeable power cells.

The battery pack may further comprise a recharging device integrated within the battery pack that wirelessly recharges the one or more rechargeable power cells. This may include an inductive electrical recharging system that requires no direct contact or can recharge at a distance.

According to one aspect, the battery pack may also include additional communication interfaces and/or processors. For instance, a plurality of communication interfaces may be coupled to the internal interface, wherein the mobile communication device can transmit and receive signals via the communication interfaces. Likewise, at least one processor within the battery pack may be coupled to the internal interface and adapted to collect information via one or more interfaces of the battery pack and provide the collected information to the mobile communication device. In one example, the at least one processor may be adapted to execute one or more instructions under the control of the mobile communication device.

The battery pack may also include a display interface integrated into the battery pack to display information to a user. Such display interface may allow expanding the display from the mobile communication device to the display interface.

According to one aspect, the thickness of the battery pack may be approximately or substantially the same as the thickness of the mobile communication device. For this purpose, the battery pack may be slim and/or have an ergonomic shape so that it does not significantly increase the thickness and/or size of the mobile communication device. Consequently, mobile communication device can be used within the battery pack for extended periods of time since the battery pack does not significantly increase the bulkiness of the mobile communication device.

According to one embodiment, a battery pack for a mobile device is provided, comprising: a back plane, a first and second sides, a bottom side, and one or more battery cells housed within the thickness of the back plane. The back plane and first, second and bottom sides may define a cavity for mounting the mobile device. The one or more battery cells may be rechargeable while a mobile device is mounted within the cavity. The battery pack may also include an internal interface that electrically couples the one or more battery cells to the mobile device.

Additionally, the battery pack may include one or more speakers housed within the thickness of the back plane. The speakers may be electrically coupled to an interface to allow a mobile device mounted in the cavity to send audio signals through the one or more speakers. Similarly, the battery pack may include one or more microphones housed within the thickness of the back plane and electrically coupled to an interface to allow a mobile device mounted in the cavity to receive audio signals from the one or more microphones.

According to yet another aspect, the battery pack may include a plurality of communication interfaces coupled to the internal interface, wherein the mobile communication device can transmit and receive signals via the communication interfaces. The battery pack may also include at least one processor coupled to the internal interface and adapted to collect information via one or more of the plurality of communication interfaces and provide the collected information to the mobile communication device.

The thickness of the battery pack may be less than twice the thickness of the mobile communication device.

US 8,367,235 B2

**3**

According to yet another feature a battery pack is provided comprising: (a) a holster defining a cavity that conforms, at least partially, to the outer shape of the mobile communication device; (b) one or more rechargeable power cells; and/or (c) an electrical connector to provide power from the one or more rechargeable power cells to the mobile communication device.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a perspective view of a battery pack for a mobile device according to one example.

FIG. **2** illustrates how a mobile device can be housed within the battery pack of FIG. **1**.

FIG. **3** illustrates a front view of the battery pack of FIG. **1**.

FIG. **4** illustrates the battery pack of FIG. **1** in an open configuration.

FIG. **5** illustrates a top view of the battery pack of FIG. **1**.

FIG. **6** illustrates a bottom view of the battery pack of FIG. **1**.

FIG. **7** illustrates a back view of the battery pack of FIG. **1**.

FIG. **8** illustrates back view of the battery pack of FIG. **1** in an open position.

FIG. **9** illustrates a first side view of the battery pack of FIG. **1**.

FIG. **10** illustrates the first side view of the battery pack of FIG. **1** in an open position.

FIG. **11** illustrates a second side view of the battery pack of FIG. **1**.

FIG. **12** illustrates the second side view of the battery pack of FIG. **1** in an open position.

FIG. **13** is an exploded view of components of the battery pack of FIG. **1**.

FIG. **14** illustrates a block diagram for the battery pack of FIG. **1**.

FIG. **15** illustrates a perspective view of the battery pack.

FIG. **16** illustrates a perspective view of the battery pack with a mobile device **1602** inserted therein.

FIG. **17** illustrates a battery pack that also operates as an extendible processing and/or interfacing platform for a mobile device.

FIG. **18** illustrates another perspective view of the battery pack.

FIG. **19** illustrates a front view of the battery pack.

FIG. **20** illustrates a front view of the battery pack **1502** with the mobile device inserted therein.

FIG. **21** illustrates a back view of the battery pack with the mobile device inserted therein.

FIG. **22** illustrates a side view of the battery pack with and without the mobile device.

DETAILED DESCRIPTION OF THE INVENTION

In the following detailed description of the invention, numerous specific details are set forth in order to provide a thorough understanding of the invention. However, the invention may be practiced without these specific details. In other instances, well known methods, procedures, and/or components have not been described in detail so as not to unnecessarily obscure aspects of the invention.

Various embodiments provide battery packs shaped to conform to the external shape of a mobile device, thereby providing a permanent or long-term replacement power source without significantly affecting the size and usability of the mobile device.

According to one feature, the battery pack may provide recharge power to the mobile device while also providing an

**4**

external signaling and/or charging interface to the mobile device. This way, the mobile device need not be removed from the battery pack in order to charge it or provide data (e.g., synchronization, etc.).

According to yet another feature, the battery pack may include one or more different types of communication interfaces to extend the communication capabilities of the mobile device. This allows the mobile device to communicate via other interfaces that may not be built into the mobile device.

According to yet another feature, the battery pack may include one or more processors to extend the processing capabilities of the mobile device. For instance, the one or more processors may increase the processing capabilities of the battery pack and/or provide purpose-specific processors. That is, the interface between the battery pack and mobile device may allow the mobile device to use the one or more processors to execute application on the battery pack. Note that such applications may, in some instances, continue to operate even if the mobile device is detached from the battery pack.

According to yet another feature, the battery pack may include and inductive recharging device or a near-distance recharging device so that its power cells may be recharged without actually physically plugging it to a recharge power source.

First Embodiment of Battery Pack

FIG. **1** illustrates a perspective view of a battery pack for a mobile device according to one example. In this example, the battery pack **100** is shaped to receive or house a mobile phone within a contoured cavity **102**. The battery pack **100** has an integrated rechargeable power cell capable of providing power to operate and/or recharge a mobile device (e.g., iPhone™ by Apple Inc., etc.).

FIG. **2** illustrates how a mobile device can be housed within the battery pack **100** of FIG. **1**. As can be appreciated from this figure, the battery pack **100** is shaped to closely wrap around the mobile device **202** and serves as a protective case for the mobile device **100**.

FIG. **3** illustrates a front view of the battery pack **100** of FIG. **1**. The battery pack **100** includes a back plane **304**, first and second sides **306** and **308**, a bottom side **312**, and a top side **314**. The back plane **304**, first and second sides **306**, bottom side **312** and top side **314** may be shaped to form a pocket or cavity **102** in which a mobile device to be powered can be housed. The top side **314** of the battery pack **100** may slide out to allow insertion and removal of the mobile device.

Referring again to FIG. **1**, the battery pack **100** may include one or more openings **104**, **108**, **110**, and **112** to facilitate access to various features of the mobile phone. For instance, a first opening **104** on the back plane **304** of the battery pack **100** may allow unobstructed view for a camera lens on the back of the mobile device. A second opening **108** may provide access to a screen on/off switch for the mobile device. A third opening **110** may provide access to an audio jack on the mobile device. A fourth opening **112** on the first side **306** may provide access to a volume control sliding switch.

The battery pack **100** may also include a connector or interface **106** within the cavity **102** (e.g., on the bottom side **312**) through which power can be provided to the mobile device from the internal power cell of the battery pack **100**. Additionally, the connector **106** may be coupled to an external interface to provide input and/or output signals to the mobile device.

From FIG. **1**, it can be appreciated that the battery pack may include two sections that separate to allow insertion of the mobile device and can then be coupled together to secure the mobile device in place. The size and shape of the battery

US 8,367,235 B2

5

pack **100** may be approximately that of the external contour of a mobile device to which it is intended to provide power.

FIG. **4** illustrates the battery pack of FIG. **1** in an open configuration. The battery pack **100** may include a bottom section **402** and a top section **404** that can be separated from each other to insert a mobile device within the battery pack **100** and can them be coupled together secure the mobile device in place. For example, the bottom section **402** may include receiving grooves **406a** and **406b** that receive rails **408a** and **408b** from the top section **404**. In this manner, the top section **404** can be coupled to the bottom section **402** by pressure fit. For example, a tongue section **802** (FIG. **8**) may slide on to the top section **404** such that an engaging tab **412** couples into a receiving groove **804** (FIG. **8**) to secure the top section **404** to the bottom section **402**.

FIG. **5** illustrates a top view of the battery pack **100** of FIG. **1**. In this view, the top side **314** of the battery pack **100** is shown and the first opening **104**, second opening **108**, and third opening **110** can be appreciated.

FIG. **6** illustrates a bottom view of the battery pack **100** of FIG. **1**. In this view, the bottom side **312** of the battery pack **100** is shown. In this view, an external interface **602** (e.g., micro USB connector) is shown. This external interface **602** may serve to recharge the internal power cell of the battery pack. Additionally, the external interface **602** may also provide a pass-through signaling interface for the internal connector or interface **106**, thereby allowing the mobile device to communicate via the external interface **602**. A switch **604** may also be located on the bottom side **312** of the battery pack and can function to switch power from the battery pack On or Off. That is, when the mobile device has sufficient power on its own, the power cell of the battery pack is not needed and can be switched Off until it is needed.

FIG. **7** illustrates a back view of the battery pack **100** of FIG. **1**. In this example, a test button **702** is provided that, when pushed, causes plurality of LED lights **704** to indicate the power or charge level of the internal power cell of the battery pack **100**.

FIG. **8** illustrates back view of the battery pack **100** of FIG. **1** in an open position.

FIG. **9** illustrates a first side view of the battery pack of FIG. **1**.

FIG. **10** illustrates the first side view of the battery pack of FIG. **1** in an open position.

FIG. **11** illustrates a second side view of the battery pack of FIG. **1**.

FIG. **12** illustrates the second side view of the battery pack of FIG. **1** in an open position.

FIG. **13** is an exploded view of components of the battery pack of FIG. **1**. In this example, the battery pack may include a first bottom section **1302** and a second bottom section **1304** which form a top and bottom shell in between which one or more circuit boards **1308**, **1310**, and/or **1312** and/or one or more power cells **1306** are housed. That is, the circuits boards **1308**, **1310**, **1312** and/or power cell(s) **1306** are sandwiched between the top and bottom sections **1302** and **1304** of the battery pack **100**. Consequently, the rechargeable power cell(s) **1306** may be housed within the thickness of the back plane of the battery pack.

In some instance, the circuit boards and or power cell of the battery pack may cause interference with the antenna or signaling of the mobile device which is in close proximity. Consequently, one aspect provides for reducing the size of a primary circuit board **1308** by adding secondary circuit boards **1310** and **1312** which are electrically coupled to the primary circuit board **1308**. This allows reducing the size of the circuit board **1308** thereby reducing interference to the

6

antenna of the mobile device. Additionally, the ground for the power cell **1306** may be coupled to the ground for the mobile device (via the internal interface **106**) to reduce interference to the mobile device.

FIG. **14** illustrates a block diagram for the battery pack **100** of FIG. **1**. The battery pack **1402** may include a power cell **1404**, an internal interface **1406**, an external interface **1408**, and charge level indicator **1410**. The internal interface **1406** may be adapted to provide a mobile device power from the power cell **1404** as well as passing signal to/from the mobile device to the external interface **1408**. The external interface **1408** may allow recharging of the power cell **1404** as well as passing signals to/from the mobile device via the internal interface **1406**. A switch **1412** may allow switching power from the power cell **1404** to the mobile device On and Off as desired. Also, a charge level indicator **1410** permits displaying of the charge level of the power cell **1404**. Additionally, a recharging module **1412** serves to recharge to power cell **1404** when needed.

Second Embodiment of Battery Pack

FIGS. **15-16** and **18-22** illustrate yet another embodiment of the power pack. In this embodiment, the power pack may operate as previously disclosed but does not include a top section. By removing the top section, the battery pack is more compact in size and ergonomic so that it does not significantly increase or change the size, thickness, and/or shape of mobile communication device **1602** secured thereto.

FIG. **15** illustrates a perspective view of the battery pack **1502**.

FIG. **16** illustrates a perspective view of the battery pack **1502** with a mobile device **1602** inserted therein.

FIG. **18** illustrates another perspective view of the battery pack **1502**.

FIG. **19** illustrates a front view of the battery pack **1502**.

FIG. **20** illustrates a front view of the battery pack **1502** with the mobile device inserted therein.

FIG. **21** illustrates a back view of the battery pack **1502** with the mobile device **1602** inserted therein.

FIG. **22** illustrates a side view of the battery pack **1502** with and without the mobile device **1602**. Note that, in some embodiments, the left and right sides may be symmetrical.

Extendible Processing and Interfacing Platform

FIG. **17** illustrates a battery pack that also operates as an extendible processing and/or interfacing platform for a mobile device. In one example, the battery pack **1702** may operate as described with reference to FIG. **14**. In addition, the battery pack may also include one or more processors **1706** and/or one or more interfaces **1708**. The one or more processors **1706a** and **1706b** may allow a mobile device coupled to the internal interface **1406** to extend its processing capabilities. For instance, the mobile device may cause one or more applications to be executed on the one or more processors **1706** while using a user display on the mobile device as an output interface. Additionally, the processors **1706a** and/or **1706b** may be purpose-specific processors that allow the mobile device to perform particular tasks not otherwise possible on its own. For example, the processors **1706** may provide analog-to-digital conversion, audio signal sampling, temperature measuring, etc., which may not be available to the standard mobile device.

The one or more interfaces **1708a** and **1708b** may also provide the mobile device a means by which to communicate or acquire signals. These interfaces **1708a** and **1708b** may effectively expand the communication interfaces available to the mobile device by providing wired and/or wireless communication interfaces for various types of signals (e.g., audio, infrared, etc.).

US 8,367,235 B2

7

The battery pack **1702** may also include a recharging module **1704** that facilitates recharging of the power cell **1404**. For example, the recharging module **1704** may be a wireless or cordless charging device that inductively or otherwise facilitates recharging of the power cell **1404**.

In one example implementation, the battery pack **1702** may be adapted to function as a Medical Processing Unit which may have build-in capabilities for monitoring real-time health conditions (e.g., alcohol levels in breath, pulse, temperature, blood pressure, test and/or diagnose diabetes, etc.) via build-in test port. Consequently, the battery pack **1702** can collect and/or process such collected data and store it in the mobile device. Note that the processing of such data may be directed by an application that operates either on the one or more processors of the battery pack **1702** and/or the processor(s) of the mobile device. According to one feature, if an abnormal health condition occurs (e.g., a heart attack, fainting, seizure, etc.), the Medical Processing Unit may detect this condition and automatically activate the mobile device (e.g., cellular phone) to send urgent text message or emails to a doctor, hospital, or emergency responder. The responding party (doctor, hospital, emergency responder) may be able to locate the patient via a global positioning system or information from the mobile device.

In another example implementation, the battery pack **1702** may be adapted to function as a Gaming Processing Unit that may include the capability of turning the mobile device into a real handheld gaming device with joysticks or large PSP/DS type of gaming buttons and communication devices. Consequently, the mobile device may be configured to operate as an input and/or output interface (e.g., via a display on the mobile device or battery pack) for a game.

In yet another example, the battery pack **1702** may be adapted to function as a Home Entertainment Unit that may include the capability of turning the mobile device into a Universal Smart Remote Control which can control all the IR activated units in a home or office (e.g., control garage doors, television sets, security alarm, air conditioning, lighting, etc.). For this purpose, the battery pack **1702** may include various interfaces **1708** that provide the specific infrared and/or wireless protocols and/or signaling to control such devices.

Speakers & Microphone

Another feature may provide for one or more speakers to be included as part of the battery packs or holster (illustrated in FIGS. **1-22**). For instance a low-profile speaker may be housed within the back plane of a battery pack so that the sound may be emitted from the rear or sides of the battery pack. When a mobile device is inserted and coupled to the battery pack, it couples to an interface that electrically connects the speaker to the mobile device. The mobile device may send audio or sound signals to the speaker via an interface with the battery pack. This allows a user to listen to audio stored in the mobile device without the need for headphones.

Similarly, another feature may provide for one or more microphones to be included as part of the battery packs (illustrated in FIGS. **1-22**). One or more microphones may be housed within the battery pack (e.g., back plane) so that they may capture sound from a user. The microphone may be electrically coupled to an interface that allows sending captured audio signals to a mobile device that may be coupled to the battery pack.

According to yet another feature, when the mobile device is coupled to the battery pack **1702**, it may cause one or more applications to execute on the processors **1706**. These applications may continue to operate or execute even if the mobile device is removed or decoupled from the battery pack **1702**.

8

For example, the battery pack may continue to collect data (e.g., monitor medical conditions for a patient to which it is coupled) and wirelessly transmits the collected data or an alarm to the mobile device. This is possible since the processors **1706** may be powered by the power cell **1404** and can be configured to operate whether or not the mobile device is coupled to the battery pack.

Integrated Display

In some embodiments of the battery pack **1702**, battery pack **1702** may also include an integrated display or screen. For example, the integrated display may be on the outer surface of the back plane of the battery pack. Alternatively, the display **1710** may slide out from within the housing of the battery pack. This integrated display **1720** may allow displaying additional information or data to a user. The additional display screen may be electrically coupled to the mobile device (via an interface) to allow the mobile device to send images or video to the additional display screen.

In another example, the rear of the back plane may house a Braille input and/or output interface that electrically coupled a mobile device mounted within the holster or battery pack.

In yet another embodiment, the rear of the back plane may provide a keypad that serves as an input to the mobile device.

According to anther feature, the battery pack and/or holster may provide an external interface (e.g., Bluetooth wireless interface, USB port, infrared port, etc.) that may allow the mobile device mounted in the battery pack and/or holster to communicate via that external interface. Thus the external interface may provide a different wireless interface than provided or supported by the internal system of the mobile device.

Consequently, a battery pack for a mobile communication device is provided comprising: (a) a casing or holster (e.g., FIG. **4**, **402** and/or **404**) defining a cavity (FIG. **1**, **102**) that conforms, at least partially, to the outer shape of the mobile communication device (FIG. **2**, **202**); and/or (b) one or more rechargeable power cells (FIG. **13**, **1306**) housed within the thickness (between **1302** and **1304**) of the casing. The casing secures the mobile communication device (**202**) within the cavity (**102**) while at least one surface (e.g., a display screen) of the mobile communication device remains exposed. An internal interface (**106**) engages a corresponding interface on the mobile communication device to provide power from the one or more rechargeable cells (**1306**) to the mobile communication device. An external interface (FIG. **6**, **602**) electrically couples to the internal interface (**106**) to transmit signals from the mobile communication device to an external device. The external interface (**602**) may further serve to recharge the one or more rechargeable power cells. The casing further defines one or more access openings (**104**, **108**, **110**, **112**) to permit access to integrated interfaces of the mobile communication device (**202**).

The battery pack (**100** or **1502**) may further include a recharging device (**1704**) integrated within the battery pack that wirelessly recharges the one or more rechargeable power cells (**1306**).

An extendible communication and/or processing platform may be provided to mobile communication device by the battery back. For instance, a plurality of communication interfaces (**1708**) may be coupled to the internal interface (**106** or **1406**), wherein the mobile communication device (**202**) can transmit and receive signals via the communication interfaces (**1708**). Similarly, at least one processor (**1706**) may be coupled to the internal interface (**106** or **1406**), and adapted to collect information via one or more interfaces (**1708**) of the battery pack and provide the collected information to the mobile communication device (**202**). At least one

US 8,367,235 B2

9

processor (**1706**) may be adapted to execute one or more instructions under the control of the mobile communication device (**202**). According to one feature, a display interface (**1710**) may be integrated into the battery pack to display information to a user.

The thickness of the battery pack (**100** or **1502**) is less than twice the thickness of the mobile communication device. In some embodiments, the thickness of the battery pack may extend, for example, between ten and ninety percent more than the thickness of the mobile communication device. For example, the battery pack may extend a mere thirty to fifty percent more than the thickness of the mobile communication device.

Similarly, a battery pack (**100**) for a mobile device (**202**) may include (a) a back plane (**304**), (b) a first and second sides (**306** and **308**), (c) a bottom side (**312**), wherein the back plane (**304**) and first (**306**), second (**308**) and bottom (**312**) sides define a cavity (**102**) for mounting the mobile device (**202**); and (d) one or more battery cells (**1306**) housed within the thickness of the back plane (**304**). One or more speakers may be housed within the thickness of the back plane (**304**) and electrically coupled to an interface (**106**) to allow a mobile device (**202**) mounted in the cavity (**102**) to send audio signals through the one or more speakers. Similarly, one or more microphones may be housed within the thickness of the back plane (**304**) and electrically coupled to an interface (**106**) to allow a mobile device (**202**) mounted in the cavity (**102**) to receive audio signals from the one or more microphones.

One or more of the features illustrated in FIGS. **1-22** may be rearranged and/or combined into a single component or embodied in several components. Additional components may also be added without departing from the invention.

While certain exemplary embodiments have been described and shown in the accompanying drawings, it is to be understood that such embodiments are merely illustrative of and not restrictive on the broad invention, and that this invention not be limited to the specific constructions and arrangements shown and described, since various other modifications may occur to those ordinarily skilled in the art.

The invention claimed is:

**1**. A battery pack for a mobile device comprising:

a bottom portion comprising:

a back plane upon which a back of a housing of the mobile device will be placed against, wherein the back plane comprises a top edge;

a battery cell, enclosed in the bottom portion;

a processor, coupled to the battery cell;

a bottom sidewall, connected to the back plane at an end opposite of the top edge, that will be positioned against a bottom side edge of the mobile device;

an internal interface, on the bottom sidewall, positioned to connect to an interface on the mobile device, and coupled through the processor to the battery cell; and

an external interface, positioned on an outside bottom side of the bottom portion, coupled through the processor to the battery cell and internal interface; and

a top portion comprising:

a top side that will be positioned against a top side edge of the mobile device when the top portion is seated against the bottom portion; and

an open side end, opposite of the top side,

wherein the top portion slides onto the bottom portion through the open side end,

wherein when the top portion is seated against the bottom portion, the top and bottom portions meet at and form a seam which extends across a back of the battery pack, and

10

when the top portion is seated against the bottom portion, a first open-polygon-shaped opening for the bottom portion merges with a second open-polygon-shaped opening for the top portion to form a cavity of the battery pack through which a screen of the mobile device will be visible, the cavity having a closed shape.

**2**. The battery pack of claim **1** wherein the battery cell is rechargeable.

**3**. The battery pack of claim **2** wherein the mobile device can transmit and receive signals via the external interface.

**4**. The battery pack of claim **3** wherein the processor is adapted to collect information via the internal or the external interface and configured to provide the collected information to the mobile device.

**5**. The battery pack of claim **4** wherein the processor is adapted to execute an instruction received from the mobile device.

**6**. The battery pack of claim **5** the bottom portion further comprising:

a display interface, coupled to the processor, the display interface configured to display information to a user of the mobile device.

**7**. The battery pack of claim **6** wherein the display interface comprises a plurality of LEDs.

**8**. The battery pack of claim **6**, further comprising a button.

**9**. The battery pack of claim **8**, wherein the display interface displays a charge level of the battery cell when the button is depressed.

**10**. The battery pack of claim **1**, wherein the external interface is a micro_USB plug.

**11**. The battery pack of claim **1**, further comprising an on/off power switch.

**12**. The battery pack of claim **1**, further comprising a first opening that will be positioned over a camera lens of the mobile device.

**13**. The battery pack of claim **12**, further comprising a second opening that will be positioned over the power button of the mobile device.

**14**. The battery pack of claim **13**, further comprising a third opening that will be positioned over the audio jack of the mobile device.

**15**. The battery pack of claim **14**, further comprising a fourth opening that will be positioned over the volume control of the mobile device.

**16**. The battery pack of claim **1** wherein a device ground from the mobile device is coupled to a case ground for the power cell.

**17**. The battery pack of claim **1**, wherein the bottom portion further comprises a plurality of receiving grooves and the top portion further comprises a plurality of rails, wherein the plurality of rails fit within the plurality of receiving grooves when the top portion is seated against the bottom portion.

**18**. The battery pack of claim **1** further comprising a loudspeaker.

**19**. The battery pack of claim **1** further comprising a microphone.

**20**. The battery pack of claim **1** further comprising a wireless communication interface.

**21**. The battery pack of claim **20** wherein the wireless communication interface comprises an infrared interface.

**22**. The battery pack of claim **21** wherein the battery function is capable of functioning as a universal smart remote control.

**23**. The battery pack of claim **20** wherein the wireless communication interface comprises an audio interface.

US 8,367,235 B2

11

**24**. The battery pack of claim **20** wherein the wireless communication interface comprises a radio communication interface.

**25**. The battery pack of claim **24** wherein the radio communication interface comprises a Bluetooth wireless interface.

**26**. The battery pack of claim **1** capable of communicating via an interface that is not built into the mobile device.

**27**. The battery pack of claim **1** capable of measuring an external temperature.

**28**. The battery pack of claim **1** wherein the processor is capable of executing an analog-to-digital signal conversion.

**29**. The battery pack of claim **1** further comprising a joystick.

**30**. The battery pack of claim **1** further comprising at least one gaming button.

**31**. The battery pack of claim **1** adapted to function as a medical processing unit.

**32**. The battery pack of claim **31** adapted to monitor a real-time health condition via a test port.

**33**. The battery pack of claim **32** wherein the test port is capable of detecting alcohol levels in breath.

**34**. The battery pack of claim **32** wherein the test port is capable of monitoring a body temperature.

**35**. The battery pack of claim **32** wherein the test port is capable of monitoring a blood pressure.

**36**. The battery pack of claim **32** wherein the test port is capable of detecting diabetes.

**37**. The battery pack of claim **32** wherein the test port is capable of detecting an abnormal health condition.

**38**. The battery pack of claim **37** wherein upon detecting an abnormal health condition the battery pack activates the mobile device to send a message via a text message or an email to medical personnel.

**39**. The battery pack of claim **38** wherein the message comprises the current location of the mobile device.

**40**. The battery pack of claim **38** wherein the message comprises a description of the abnormal health condition detected.

**41**. The battery pack of claim **1** further comprising an inductive electrical recharging system.

**42**. The battery pack of claim **41** wherein the inductive electrical recharging system requires no direct contact.

**43**. The battery pack of claim **1** wherein the mobile device is capable of executing an application in the battery pack.

**44**. The battery pack of claim **43** wherein the application continues running once the mobile device is removed.

**45**. A battery pack for a mobile device comprising:

a first portion comprising:

a back plane against which a back of a housing of the mobile device will be positioned, wherein the back plane comprises a top edge;

a battery cell, enclosed in the first portion;

a bottom sidewall, connected to the back plane at an end opposite of the top edge, that will be positioned against a bottom side edge of the mobile device;

an internal interface, on the bottom sidewall, positioned to connect to an interface on the mobile device, and coupled to the battery cell; and

an external interface, positioned on an outside of the first portion, coupled to the battery cell and internal interface; and

a second portion comprising:

a top side that will be positioned against a top side edge of the mobile device when the second portion is seated against the first portion; and

12

an open side end, opposite of the top side, wherein the second portion slides onto the bottom portion through the open side end, wherein when the second portion is seated against the bottom portion a first open-polygon-shaped opening for the first portion merges with a second open-polygon-shaped opening for the second portion to form a cavity of the battery pack through which a screen of the mobile device will be visible, the cavity having a closed shape.

**46**. The battery pack of claim **45** further comprising:

a button; and

a display interface configured to display battery charge level to a user of the mobile device when the user depresses the button.

**47**. The battery pack of claim **46** further comprising an on/off power switch.

**48**. The battery pack of claim **47** further comprising a first opening positioned over a camera lens of the mobile device.

**49**. The battery pack of claim **48** further comprising a second opening positioned over the power button of the mobile device.

**50**. The battery pack of claim **49** further comprising a third opening positioned over the audio jack of the mobile device.

**51**. The battery pack of claim **50** further comprising a fourth opening positioned over the volume control of the mobile device.

**52**. The battery pack of claim **51** wherein the external interface is a micro_USB port.

**53**. A battery pack for a mobile device comprising:

a first portion comprising:

a back plane against which a back of a housing of the mobile device will be positioned, wherein the back plane comprises a top edge;

a first sidewall connected to the back plane that will be positioned against a first side edge of the mobile device; and

wherein the first portion comprises a first open-polygon-shaped opening;

a second portion comprising:

a second sidewall that will be perpendicular to the back plane and positioned against a second side edge of the mobile device when the second portion is seated against the first portion;

wherein the second portion comprises a second open-polygon-shaped opening; and

an open side end, wherein the second portion slides onto the first portion through the open side end, wherein the first open-polygon-shaped opening of the first portion and the second open-polygon-shaped opening of the second portion merge to form a cavity through which a screen of the mobile device will be visible, the cavity having a closed shape;

wherein the first portion can be secured to the second portion to secure the mobile device in place;

a battery cell;

a first external interface; and

an internal interface positioned to connect to a device interface on the mobile device and coupled to the wireless communication module.

**54**. The battery pack of claim **53** further comprising:

a button; and

a display interface configured to display battery charge level to a user of the mobile device when the user depresses the button.

* * * * *

# EXHIBIT 2

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,227,723

Registered Apr. 10, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# MOPHIE

MOPHIE, INC. (VERMONT CORPORATION)
ONE STEELE STREET
BURLINGTON, VT 05401

FOR: ELECTRONIC AND OPTICAL COMMUNI-CATIONS INSTRUMENTS AND COMPONENTS, NAMELY, FM TRANSMITTERS, AUDIO SIGNAL SPLITTERS, FM RECEIVERS, AUDIO SPEAKERS, WIRELESS TRANSMITTERS AND RECEIVERS; CARRYING AND PROTECTIVE CASES FOR AUDIO DEVICES, AUDIO-VISUAL DEVICES, CAL-CULATORS AND CELLULAR TELEPHONES, POR-TABLE COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-1-2005; IN COMMERCE 8-1-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-903,731, FILED 6-8-2006.

MEGAN WHITNEY, EXAMINING ATTORNEY

# EXHIBIT 3

# United States of America

## United States Patent and Trademark Office

# MOPHIE

**Reg. No. 3,949,983**

**Registered Apr. 26, 2011**

**Int. Cls.: 9 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MSTATION CORPORATION (CALIFORNIA CORPORATION)
2850 RED HILL AVE., #128
SANTA ANA, CA 92705

FOR: ELECTRONIC DEVICES, NAMELY, MOBILE CARD READERS, MOBILE POINT-OF-SALE TERMINALS; CARRYING AND PROTECTIVE CASES FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS, NAMELY, ARMBANDS, BELT CLIPS, HOLSTERS, HARD CASES, SOFT CASES, AND SILICONE CASES; PERIPHERALS AND ACCESSORIES, NAMELY, BATTERY CHARGERS, USB CABLES AND POWER CONVERTERS FOR USE WITH MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, PORTABLE MEDIA PLAYERS, AND MOBILE COMPUTING DEVICES; PROTECTIVE SCREEN SHIELDS FOR MOBILE ELECTRONIC DEVICES; BATTERY PACKS, NAMELY, BATTERIES WITH INTEGRATED DOCKING FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS; BATTERIES AND BATTERY CHARGERS FOR USE AS EXTERNAL POWER SOURCES FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS; ELECTRICAL CELLS AND BATTERIES, NAMELY, EXTERNAL POWER SOURCES WITH INTEGRATED HOUSING AND ELECTRICAL CONNECTOR FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS; CELL PHONE BATTERY CHARGERS, NAMELY, EXTERNAL POWER SOURCES WITH INTEGRATED HOUSING AND ELECTRICAL CONNECTOR FOR MOBILE ELECTRONIC DEVICES, PORTABLE COMMUNICATION DEVICES, MOBILE PHONES, AND PORTABLE MEDIA PLAYERS; MOBILE TELEPHONE BATTERIES, NAMELY, EXTERNAL BATTERY PACKS WITH INTEGRATED DOCKING FOR MOBILE TELEPHONES; CARD READERS FOR CREDIT CARDS, DEBIT CARDS, SMART CARDS, RADIO FREQUENCY IDENTIFICATION CARDS, AND CHIP CARDS; BARCODE SCANNERS; SOFTWARE APPLICATIONS FOR MOBILE ELECTRONIC DEVICES AND COMPUTERS, NAMELY, COMPUTER SOFTWARE FOR PROCESSING ELECTRONIC PAYMENTS VIA MOBILE ELECTRONIC DEVICES AND COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-13-2007; IN COMMERCE 9-13-2007.

FOR: CLOTHING ITEMS, NAMELY, JACKETS, SHIRTS, SWEATSHIRTS, JERSEYS, HATS, T-SHIRTS, TANK TOPS, CAPS, HOODED SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-2009; IN COMMERCE 4-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.



Director of the United States Patent and Trademark Office

**Reg. No. 3,949,983**   OWNER OF U.S. REG. NOS. 3,227,723 AND 3,227,725.

SER. NO. 77-980,824, FILED 1-25-2010.

SUSAN STIGLITZ, EXAMINING ATTORNEY

Page: 2 / RN # 3,949,983

EXHIBIT 4



# United States of America
## United States Patent and Trademark Office

# MOPHIE

**Reg. No. 4,329,474**

**Registered Apr. 30, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: MOUNTING DEVICES FOR MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, TABLET COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; CARRYING AND PROTECTIVE CASES FOR MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, TABLET COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; PHOTOGRAPHIC EQUIPMENT, NAMELY, FILM CAMERAS AND DIGITAL CAMERAS, CAMERA HOUSINGS AND CASES, AND CAMERA STRAPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-17-2012; IN COMMERCE 11-17-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 4,065,710, AND OTHERS.

SN 85-661,352, FILED 6-26-2012.

WILLIAM VERHOSEK, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,329,474

# EXHIBIT 5



# United States of America

## United States Patent and Trademark Office

# MOPHIE JUICE PACK

**Reg. No. 4,065,937**

**Registered Dec. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; RECHARGEABLE BATTERIES FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-22-2009; IN COMMERCE 4-22-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 3,227,725, AND 3,949,983.

SER. NO. 85-179,481, FILED 11-17-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,065,937

EXHIBIT 6



# United States of America

## United States Patent and Trademark Office

# MOPHIE JUICE PACK PLUS

**Reg. No. 4,065,942**

**Registered Dec. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 3,227,725, AND 3,949,983.

SER. NO. 85-179,966, FILED 11-18-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,065,942

# EXHIBIT 7



# United States of America

## United States Patent and Trademark Office

# MOPHIE JUICE PACK PRO

**Reg. No. 4,195,308**

**Registered Aug. 21, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 3,227,725, AND 3,949,983.

SN 85-179,929, FILED 11-18-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,195,308

# EXHIBIT 8



# United States of America
## United States Patent and Trademark Office

# JUICE PACK

**Reg. No. 4,286,345**

**Registered Feb. 5, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; RECHARGEABLE BATTERIES FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-22-2009; IN COMMERCE 4-22-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,710, 4,065,942 AND OTHERS.

SER. NO. 85-726,645, FILED 9-12-2012.

WILLIAM VERHOSEK, EXAMINING ATTORNEY



*Leea Stener Lee*
Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,286,345

Exhibit 8, Page 62 of 98

# EXHIBIT 9



# United States of America
## United States Patent and Trademark Office

# JUICE PACK PLUS

**Reg. No. 4,331,770**

**Registered May 7, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,710, 4,195,308 AND OTHERS.

SER. NO. 85-726,655, FILED 9-12-2012.

SIMON TENG, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

<div style="border: 1px solid black; padding: 10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border: 1px solid black; padding: 10px;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,331,770

# EXHIBIT 10



# United States of America
## United States Patent and Trademark Office

# JUICE PACK AIR

**Reg. No. 4,286,346**

**Registered Feb. 5, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-21-2009; IN COMMERCE 4-21-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,937, 4,195,308 AND OTHERS.

SER. NO. 85-726,652, FILED 9-12-2012.

WILLIAM VERHOSEK, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,286,346

Exhibit 10, Page 66 of 98

# EXHIBIT 11



# United States of America
## United States Patent and Trademark Office

# JUICE PACK PRO

**Reg. No. 4,331,771**

**Registered May 7, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGAN-IZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,710, 4,065,942 AND OTHERS.

SER. NO. 85-726,661, FILED 9-12-2012.

SIMON TENG, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Page: 2 / RN # 4,331,771

Exhibit 11, Page 68 of 98

# EXHIBIT 12



# United States of America

### United States Patent and Trademark Office

# JUICE PACK POWERSTATION

**Reg. No. 4,331,772**

**Registered May 7, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-13-2010; IN COMMERCE 9-13-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,937, 4,195,308 AND OTHERS.

SER. NO. 85-726,663, FILED 9-12-2012.

SIMON TENG, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO.  The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# EXHIBIT 13



# EXHIBIT 14





EXHIBIT 15

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-780-916**

**Effective date of registration:**

March 30, 2011

---

### Title

Title of Work: Mophie Juice Pack Plus for iPhone 4 Package and Insert

### Completion/Publication

Year of Completion: 2010

Date of 1st Publication: November 23, 2010    Nation of 1st Publication: United States

### Author

■    Author: Mophie, Inc.

Author Created: text, photograph(s), 2-D artwork

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

### Copyright claimant

Copyright Claimant: Mophie, Inc.

2850 Red Hill Ave. Suite 128, Santa Ana, CA, 92705, United States

### Limitation of copyright claim

Material excluded from this claim: some preexisting artwork, some preexisting text

New material included in claim: some additional new text, photographs, some additional new artwork

### Rights and Permissions

Organization Name: Mophie, Inc.

Name: Kathleen Walker

Email: kathleen@mophie.com    Telephone: 949-385-5151

Address: 2850 Red Hill Ave. Suite 128

Santa Ana, CA 92705 United States

### Certification

---

Page 1 of 2



EXHIBIT 16

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-814-020

**Effective date of registration:**

February 21, 2012

---

## Title
Title of Work: Mophie Juice Pack Air for iPhone 4/4S Product Red Packaging and insert

## Completion/Publication
Year of Completion: 2011

Date of 1st Publication: January 19, 2012     Nation of 1st Publication: United States

## Author
■   Author: Mophie, Inc.

Author Created: text, photograph(s), 2-D artwork

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant
Copyright Claimant: Mophie, Inc.

2850 Red Hill Ave. Suite 128, Santa Ana, CA, 92705, United States

## Rights and Permissions
Organization Name: Mophie, Inc.

Name: Kathleen Walker

Email: kathleen@mophie.com     Telephone: 949-385-5151

Address: 2850 Red Hill Ave. Suite 128

Santa Ana, CA 92705 United States

## Certification
Name: Kathleen Walker

Date: February 14, 2012

---

Page 1 of 1

Exhibit 16, Page 76 of 98

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced technician for help.

CAUTION: To comply with the limits of the Class B digital device, pursuant to Part 15 of the FCC Rules, this device is comply with Class B limits. All peripherals must be shielded and grounded. Operation with non-certified peripherals or non-shielded cables may results in interference to radio or reception.

MODIFICATION: Any changes or modifications not expressly approved by the grantee of this device could void the user's authority to operate the device.

FAQ

**What are the best methods for charging my juice pack air?**
Connect the mophie juice pack to a power source using the USB cable that came with your juice pack. The USB cable can be plugged in to your computer or any "Made for iPhone" wall-plug style power source w/ USB out.

**How many charge cycles do you get in the juice pack air?**
The juice pack air is rechargeable for over 500 cycles (These are full cycles. Partial cycles don't count as full. So, you can charge your juice pack 10% of the way 10 times before it counts as a complete cycle.) Don't be afraid to top it off!

**What are the benefits of switching the juice pack air to stand-by mode?**
Using the stand-by switch will give you even more total battery life, as the iPhone uses additional power to be on a constant charge.

**Can I sync my iPhone while the juice pack air is still connected?**
You can charge and sync your iPhone to iTunes without removing it from its juice pack via the included micro USB cable.

**What is mophie's return policy?**
mophie reserves the right to claim a 20% restocking fee upon return. (For a full "Return Policy", please go to mophie.com)

**Will I always receive double the battery life with my juice pack air?**
We cannot guarantee that you will receive double the battery life. The amount of additional battery you will receive depends on a variety of factors that are different for every user.

**Does the juice pack air block the speaker, microphone or cameras?**
Of course not!

**Does the juice pack air interfere with antenna reception?**
Not a chance.

- Do not store battery in high temperature environment, including intense sunlight heat. Do not place battery in fire or other excessively hot environments.
- Be cautious of excessive drops, bumps, abrasions or other impacts to this battery. If there is any damage to the battery such as dents, punctures, tears, deformities or corrosion, due to any cause, discontinue use and contact manufacturer or dispose of it in an appropriate manner at your local battery recycling center.
- Do not disassemble this battery or attempt to repair or modify it in any manner.
- Do not expose this battery to moisture or submerge it in liquid. Keep battery dry at all times.
- Do not attempt to charge battery using any method, apparatus or connection other than the device's USB connector. For questions or instructions for the various ways to charge the juice pack refer to this manual's "Charging your iPhone 4 using the juice pack" and "use summary" sections.
- Do not attempt to replace any part of this battery.
- If this battery is intended by Purchaser to be used by a minor, purchasing adult agrees to provide detailed instructions and warnings to any minor prior to use. Failure to do so is sole responsibility of purchaser, who agrees to indemnify Manufacturer for any unintended use/misuse by a minor.
- All batteries have gone through a thorough quality assurance inspection. If you find that your battery is excessively hot, is emitting odor, is deformed, abrased, cut or is experiencing or demonstrating an abnormal phenomenon, immediately stop all battery use and contact Manufacturer.
- For extended storage, first charge your battery for one hour.
- Never dispose of batteries in the garbage. Disposal of batteries in the garbage is unlawful under state and federal environmental laws and regulations. Always take used batteries to your local battery-recycling center.

*Legal*

This Battery is meant for use only in conjunction with the appropriate mobile entertainment device. Please consult your device packaging to determine whether this Battery is compatible with your particular mobile entertainment device. Manufacturer is not responsible for any damages to any mobile entertainment device incurred through the use of this product.

Manufacturer shall not in any way be liable to you or to any third party for any damages you any third party may suffer as a result of use, intended or unintended, or misuse of this Battery in conjunction with any device or accessory other than the appropriate mobile entertainment device for which this battery is designed. Manufacturer will not be responsible for any damages you or any third party may suffer as a result of misuse of this Battery as outlined above. If you are responsible for battery use with an unintended mobile entertainment device and damages result from such use, you agree to indemnify Manufacturer for any resulting injuries to any third part(ies). mophie and juice pack are registered trademarks of mophie inc. iPhone and iPod are trademarks of Apple inc., registered in the U.S. and other countries. All rights reserved.

This device complies with part 15 of the FCC Rules. Operation is subject to the following two condi-tions: (1) This device may not cause harmful interference, and (2) this device must accept any inter-ference received, including interference that may cause undesired operation.

NOTE: This equipment has been tested and found to comply with the limits for a Class B digital de-vice, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protecti-on against harmful interference in a residential installation. This equipment generates uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that inter-ference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

**Charging your iPhone 4 using the juice pack air**
If your iPhone is drained of power or if you want to extend the battery life of your iPhone, simply slide the iPhone into the juice pack air. Make sure that the pin connector is securely inserted into the bottom of the iPhone and the switch is turned On (green). When the iPhone recognizes the juice pack, a battery symbol will appear on the screen and you will hear a chirp from the iPhone, this indicates that the iPhone is charging and/or using the power from the juice pack rather than from the iPhone itself.

If your iPhone is drained of power, the juice pack will first charge your iPhone. If your iPhone is fully charged, the juice pack will act as your primary battery and no power will be lost from the iPhone internal battery until the juice pack is depleted. So you keep on talkin', rockin', surfin' and sendin'!

**Checking the status of the juice pack air**
You are always in the KNOW! To check the battery status of the juice pack, press the button located on the bottom of the device. When pressed, the LED lights will illuminate for several seconds. Four LEDs means that the juice pack is fully charged, and one LED means that it is almost empty.

**Switching your juice pack air to stand-by mode**
If you'd rather use your internal battery and not the juice pack, use the switch on the lower-left corner of the juice pack, to put it into stand-by mode. The dot near the switch will indicate whether the juice pack is in stand-by mode (red) or charging mode (green). When your internal battery is low, simply flick the switch On and your iPhone will begin charging immediately.

**\*Note:** Using the stand-by switch will give you even more total battery life, as the iPhone uses additional power to be on a constant charge.

**Sync with your computer without removing the juice pack air**
While connected to the juice pack air, you can still sync your iPhone with a computer. Simply connect the included micro USB cable from the juice pack air to the computer and sync your iPhone the same as if it was directly connected.

**To keep your juice pack air operating to its fullest potential, make sure to do the following:**

1. Keep your juice pack dry and away from moisture and corrosive materials.
2. Do not wash the juice pack with harsh chemicals, soaps or detergents. Just wipe the case with a soft, water-dampened cloth. Wipe the pins gently with a soft, dry cloth.
3. Re-charge your juice pack once every three months when not in use, and remember to charge it for one hour before putting it away the first time.

**Warranty**
At mophie, we are dedicated to making the best quality products we can. To back this up, your juice pack is warranted for 1 full year from the date of purchase. Be sure to register your product at mophie.com to activate it and check for the latest product updates as they develop.

**Customer Service**
Telephone: 888.8mophie
Web: www.mophie.com/cs
Service Hours: 9am to 6pm M-F  ET

**Warning**
Read all instructions and warnings prior to using this product. Improper use of this product may result in product damage, excess heat, toxic fumes, fire or explosion, for which damages you ("Purchaser"), and not mStation or mophie (collectively "Manufacturer") are responsible.

**mophie juice pack air™ made for iPhone 4**

**Welcome**

Thank you for purchasing the mophie juice pack air™. You will now be able to travel great distances; be the master of your own destiny, no longer bound by the limitations of your iPhone internal battery. Let's get Juiced!

**Package Contains**
- mophie juice pack air™
- Micro USB Cable
- User Manual

**Features**

The mophie juice pack air extends the battery life of your iPhone for hours and provides a comfortable ergonomic design with the complete protection of a hard shell case.

**Here's a rundown of why the juice pack air is so fantastic:**

1. (Take a breath) Ergonomic, form-fitting, fully protective impact-resistant case-and-battery-in-one for iPhone.
2. Integrated power switch allows you to put the juice pack air in standby mode. Only use the battery when you need it. In standby mode (red), the juice pack air still allows charge and sync capabilities through the micro-USB port and still offers the complete protection of a case.
3. Uses breakthrough rechargeable lithium polymer battery. (Much safer than those troublesome lithium-ion batteries).
4. State-of-the-art battery technology extends the life of your iPhone for hours... and you can even recharge it while it's still connected to the iPhone! This battery rocks.
5. Track battery power status at a glance with an integrated 4-light LED status indicator. Indicates charging mode and current battery life. Know before you go!

6. It's the included USB micro cable connection that allows you to charge and sync your iPhone while refilling your juice pack at the same time. Really, you don't ever have to disconnect the juice pack, though it's a snap when you do.
7. Rechargeable for over 500 cycles. (These are FULL cycles. Partial cycles don't count as full. So, you can charge your juice pack 10% of the way ten times before you get to a complete cycle. Don't be afraid to top it off.)
8. Smart battery technology actually instructs the iPhone to drain out the juice pack first. When you're done with the juice pack you can pull it off and still have a fully charged iPhone.
9. The juice pack air offers complete protection from top to bottom. No more choosing between protection and power.
10. Built-in short circuit, over-charge and temperature protection. Safety First!

**Compatibility**

Though the juice pack air for iPhone 4 comes with a standard iPod/iPhone connection pin, this battery is intended solely for use with the Apple iPhone. 4. Please do not attempt to use this product with any other device - things could go haywire, but contact us if they do.

**Charging your juice pack air**

Connect the juice pack to a power source using the micro USB cable that came with your juice pack. The USB cable can be plugged in to your computer or any "Made for iPhone" wall-plug style power source with USB out including the standard iPhone USB wall adaptor. (The LEDs located on the back of the device will blink when charging, as the juice pack becomes more charged the LEDs will indicate how full it is, but one LED will remain blinking until completely full.)

**Important**

The juice pack air comes charged and ready to go, but after the initial use, normal charging will take only 2 to 3 hours for maximum power – AND you can then charge it while the iPhone is inserted or separately.



# EXHIBIT 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-794-977**

Effective date of
registration:
July 25, 2011

## Title

Title of Work: Mophie JPA Snap iPhone 4 Package and Insert

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: May 24, 2011          Nation of 1st Publication: United States

## Author

■      Author: Mophie, Inc.

Author Created: text, photograph(s), 2-D artwork

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Mophie, Inc.

2850 Red Hill Ave. Suite 128, Santa Ana, CA, 92705, United States

## Rights and Permissions

Organization Name: Mophie, Inc.

Name: Kathleen Walker

Email: kathleen@mophie.com          Telephone: 949-385-5151

Address: 2850 Red Hill Ave. Suite 128

Santa Ana, CA 92705 United States

## Certification

Name: Kathleen Walker

Date: July 19, 2011

Page 1 of 1



VA 1-794-977



mophie juice pack™ air made for iPhone 4

**Welcome**
Thank you for purchasing the mophie juice pack™ air. You will now be able to travel great distances; be the master of your own destiny, no longer bound by the limitations of your iPhone internal battery. Let's get Juiced!

**Package Contains**
- mophie juice pack™ air
- Micro USB Cable
- User Manual

**Features**
The mophie juice pack air extends the battery life of your iPhone for hours and provides a comfortable ergonomic design with the complete protection of a hard shell case.

**Here's a rundown of why the juice pack air is so fantastic:**

1. (Take a breath) Ergonomic, form-fitting, fully protective impact-resistant case-and-battery-in-one for iPhone.

2. Integrated power switch allows you to put the juice pack air in standby mode. Only use the battery when you need it. In standby mode (red), the juice pack air still allows charge and sync capabilities through the micro-USB port and still offers the complete protection of a case.

3. Uses breakthrough rechargeable lithium polymer battery. (Much safer than those troublesome lithium-ion batteries).

4. State-of-the-art battery technology extends the life of your iPhone for hours... and you can even recharge it while it's still connected to the iPhone! This battery rocks.

5. Track battery power status at a glance with an integrated 4-light LED status indicator. Indicates charging mode and current battery life. Know before you go!

6. It's the included USB micro cable connection that allows you to charge and sync your iPhone while refilling your juice pack at the same time. Really, you don't ever have to disconnect the juice pack, though it's a snap when you do.

7. Rechargeable for over 500 cycles. (these are FULL cycles. Partial cycles don't count as full. So, you can charge your juice pack 10% of the way ten times before you get to a complete cycle. Don't be afraid to top it off.)

8. Smart battery technology actually instructs the iPhone to drain out the juice pack first. When you're done with the juice pack you can put it off and still have a fully charged iPhone.

9. The juice pack air offers complete protection from top to bottom. No more choosing between protection and power.

10. Built-in short circuit, over-charge and temperature protection. Safety First!

**Compatibility**
Though the juice pack air for iPhone 4 comes with a standard iPod/iPhone connection pin, this battery is intended solely for use with the Apple iPhone 4. Please do not attempt to use this product with any other device - things could go haywire, but contact us if they do.

**Charging your juice pack air**
Connect the juice pack to a power source using the micro USB cable that came with your juice pack. The USB cable can be plugged in to your computer or any "Made for iPhone" wall-plug style power source with USB out including the standard iPhone USB wall adaptor. (The LEDs located on the back of the device will blink when charging, as the juice pack becomes more charged the LEDs will indicate how full it is, but one LED will remain blinking until completely full)

**Important**
The juice pack air comes charged and ready to go, but after the initial use, normal charging will take only 2 to 3 hours for maximum power - AND you can then charge it while the iPhone is inserted or separately.

**Charging your iPhone 4 using the juice pack air**
If your iPhone is drained of power or if you want to extend the battery life of your iPhone, simply slide the iPhone into the juice pack air. Make sure that the pin connector is securely inserted into the bottom of the iPhone and the switch is turned On (green). When the iPhone recognizes the juice pack, a battery symbol will appear on the screen and you will hear a chirp from the iPhone, this indicates that the iPhone is charging and/or using the power from the juice pack rather than from the iPhone itself.

If your iPhone is drained of power, the juice pack will fast charge your iPhone. If your iPhone is fully charged, the juice pack will act as your primary battery and no power will be lost from the iPhone internal battery until the juice pack's depleted. So you keep on talkin', rockin', surfin' and sendin'!

**Checking the status of the juice pack air**
You are always in the KNOW! To check the battery status of the juice pack, press the button located on the bottom of the device. When pressed, the LED lights will illuminate for several seconds. Four LEDs means that the juice pack is fully charged, and one LED means that it is almost empty.

**Switching your juice pack air to stand-by mode**
If you'd rather use your internal battery and not the juice pack, use the switch on the lower-left corner of the juice pack, to put it into stand-by mode. The dot near the switch will indicate whether the juice pack is in stand-by mode (red) or charging mode (green). When your internal battery is low, simply flick the switch On and your iPhone will begin charging immediately.

*Note: Using the stand-by switch will give you even more total battery life, as the iPhone uses additional power to be on a constant charge.

**Sync with your computer without removing the juice pack air**
While connected to the juice pack air, you can still sync your iPhone with a computer. Simply connect the included micro USB cable from the juice pack air to the computer and sync your iPhone the same as if it was directly connected.

To keep your juice pack air operating to its fullest potential, make sure to do the following:

1. Keep your juice pack dry and away from moisture and corrosive materials.
2. Do not wash the juice pack with harsh chemicals, soaps or detergents. Just wipe the case with a soft, water-dampened cloth. Wipe the pins gently with a soft, dry cloth.
3. Re-charge your juice pack once every three months when not in use, and remember to charge it for one hour before putting it away the first time.

**Warranty**
At mophie, we are dedicated to making the best quality products we can. To back this up, your juice pack is warranted for 1 full year from the date of purchase. Be sure to register your product at mophie.com to activate it and check for the latest product updates as they develop.

**Customer Service**
Telephone: 888.8mophie
Email: support@mophie.com
Web: www.mophie.com
Service Hours: 8am to 6pm M-F  ET

**Warning**
Read all instructions and warnings prior to using this product. Improper use of this product may result in product damage, excess heat, toxic fumes, fire or explosion, for which damages you ("Purchaser"), and not mStation or mophie (collectively "Manufacturer") are responsible.

- Do not store battery in high temperature environment, including intense sunlight heat. Do not place battery in fire or other excessively hot environments.
- Be cautious of excessive drops, bumps, abrasions or other impacts to this battery. If there is any damage to the battery such as dents, punctures, tears, deformities or corrosion, due to any cause, discontinue use and contact manufacturer or dispose of it in an appropriate manner at your local battery recycling center.
- Do not disassemble this battery or attempt to repair or modify it in any manner.
- Do not expose this battery to moisture or submerge it in liquid. Keep battery dry at all times.
- Do not attempt to charge battery using any method, apparatus or connection other than the device's USB connector. For questions or instructions for the various ways to charge the juice pack refer to this manual's "Charging your iPhone 4 using the juice pack" and "use summary" sections.
- Do not attempt to replace any part of this battery.
- If this battery is intended by Purchaser to be used by a minor, purchasing adult agrees to provide detailed instructions and warnings to any minor prior to use. Failure to do so is sole responsibility of purchaser, who agrees to indemnify Manufacturer for any unintended use thereby by a minor.
- All batteries have gone through a thorough quality assurance inspection. If you find that your battery is excessively hot, is emitting odor, is deformed, stressed, or is experiencing or demonstrating an abnormal phenomenon, immediately stop all battery use and contact Manufacturer.
- For extended storage, first charge your battery for one hour.
- Never dispose of batteries in the garbage. Disposal of batteries in the garbage is unlawful under state and federal environmental laws and regulations. Always take used batteries to your local battery-recycling center.

**Legal**

This Battery is meant for use only in conjunction with the appropriate mobile entertainment device.

Please consult your device packaging to determine whether this Battery is compatible with your particular mobile entertainment device. Manufacturer is not responsible for any damages to any mobile entertainment device incurred through the use of this product.

Manufacturer shall not in any way be liable to you or to any third party for any damages you or any third party may suffer as a result of use, intended or unintended, or misuse of this Battery in conjunction with any device or accessory other than the appropriate mobile entertainment device for which this battery is designed. Manufacturer will not be responsible for any damages you or any third party may suffer as a result of misuse of this Battery as outlined above. If you are responsible for battery use with an unintended mobile entertainment device and damages result from such use, you agree to indemnify Manufacturer for any resulting injuries to any third part(ies). mophie and juice pack are registered trademarks of mophie Inc. iPhone and iPod are trademarks of Apple Inc., registered in the U.S. and other countries. All rights reserved.

This device complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced technician for help.

CAUTION: To comply with the limits of the Class B digital device, pursuant to Part 15 of the FCC Rules, this device is comply with Class B limits. All peripherals must be shielded and grounded. Operation with non-certified peripherals or non-shielded cables may results in interference to radio or reception.

MODIFICATION: Any changes or modifications not expressly approved by the grantee of this device could void the user's authority to operate the device.

**FAQ**

*What are the best methods for charging my juice pack air?*
Connect the mophie juice pack to a power source using the USB cable that came with your juice pack. the USB cable can be plugged in to your computer or any "Mode for iPhone" wall-plug style power source w/ USB out.

*How many charge cycles do you get in the juice pack air?*
The juice pack air is rechargeable for over 500 cycles. (These are full cycles. Partial cycles don't count as full. So, you can charge your juice pack 10% of the way 10 times before it counts as a complete cycle.) Don't be afraid to top it off!

*What are the benefits of switching the juice pack air to stand-by mode?*
Using the stand-by switch will give you even more total battery life, as the iPhone uses additional power to be on a constant charge.

*Can I sync my iPhone while the juice pack air is still connected?*
You can charge and sync your iPhone to iTunes without removing it from its juice pack via the included micro USB cable.

*What is mophie's return policy?*
mophie reserves the right to claim a 20% restocking fee upon return. (For a full "Return Policy", please go to mophie.com)

*Will I always receive double the battery life with my juice pack air?*
We cannot guarantee that you will receive double the battery life. The amount of additional battery you will receive depends on a variety of factors that are different for every user.

*Does the juice pack air block the speaker, microphone or cameras?*
Of course not!

*Does the juice pack air interfere with antenna reception?*
Not a chance.

EXHIBIT 18







# EXHIBIT 19



# Juice pack PLUS

**User Manual**
**Battery Pack for iPhone 5**

**Welcome**
Thank you for purchasing the juice pack PLUS. You will now be able to travel great distances, be the master of your own destiny, no longer bound by the limitations of your iPhone internal battery. Let's get juiced.

**Package Contains**
Juice pack PLUS
Micro USB Cable

**Features**
The juice pack PLUS extends the battery life of your iPhone for hours and provides a comfortable ergonomic design with the complete protection of a hard shell case.

**Here's a rundown of why the juice pack PLUS is so fantastic:**
1. Ergonomic, form-fitting, fully protective impact-resistant case-and-battery in-one for iPhone
2. Integrated power switch allows you to put the juice pack PLUS in standby mode. Only use the battery when you need it. In standby mode, the juice pack PLUS still allows charge and sync capabilities through the micro-USB port and still offers the complete protection of case.
3. User breakthrough rechargeable lithium polymer battery. (Much safer than those troublesome lithium Ion batteries)
4. State-of-the-art battery technology extends the life of your iPhone for hours......and you can even recharge it while it's still connected to the iPhone! This battery charger rocks.
5. Track battery power status at a glance with an integrated 4-light LED status indicator. Indicates charging mode and current battery life. Know before you go!
6. It's the included USB micro cable connection that allows you to charge and sync your iPhone while refilling your juice pack PLUS at the same time. Really you don't even have to disconnect, though it's a snap when you do.
7. Rechargeable for over 500 cycles (These are FULL cycles. Partial cycles don't count as full. So, you can charge your juice pack PLUS 10% of the way ten times before you get to a complete cycle. Don't be afraid to top it off)
8. Smart battery technology actually instructs the iPhone to drain out the juice pack PLUS. When you're done with the juice pack PLUS, you can pull it off and still have a fully charged iPhone.
9. The juice pack PLUS offers complete protection from top to bottom. No more choosing between protection and power.
10. Built-in short circuit, over-charge and temperature protection. Safety First!

**Compatibility**

Though the juice pack PLUS for iPhone 5 comes with a standard ipod/iPhone connection pin, this battery is intended solely for use with the Apple iPhone 5. Please do not attempt to use the product with another device, things could go haywire, but contact us if they do.

**Charging your juice pack** PLUS

Connect the juice pack PLUS to a power source using the micro USB cable that came with your juice pack PLUS. The USB cable can be plugged in to your computer or only "Made for iPhone" wall-plug style power source with USB out including the standard iPhone USB wall adaptor. (The LEDs located on the back of the device will blink when charging, as the juice pack PLUS becomes more charged the LEDs will indicated how full it is, but one LED will remain blinking until completely full.)



TO CHARGE

Press & Hold
3 sec phone
batt indicater will blink
shwoing
phone is in charge mode.

100%  75%  50%  25%

**Charge your iPhone 5 using the juice pack** PLUS

If your iPhone is drained of power or if you want to extend the battery life of your iPhone, simply slide the iPhone into the juice pack PLUS. Make sure that the pin connector is securely inserted into the bottom of the iPhone and the switch is turned on. When the iPhone recognizes the juice pack PLUS, a battery symbol will appear on the screen and you will hear s chirp from the iPhone, this indicates that the iPhone is charging or suing the power from the juice pack PLUS rather than from the iPhone itself.

If your iPhone is drained of power, the juice pack PLUS will first charge your iPhone. If your iPhone is full charged, the juice pack PLUS will act as your primary battery and no power will be lost from the iPhone internal battery until the juice pack PLUS is depleted. So you keep on talkin', rockin', surfin', and sendin'!

**Checking the status of the juice pack** PLUS

You are always in the KNOW! To check the battery status of the juice pack PLUS, press the button located on the bottom of the device. When pressed, the LED lights will illuminate or several seconds. Four LEDs means that the juice pack PLUS is fully charged, and one LED means that it's almost empty.

**Switching your juice pack** PLUS **to stand-by mode**

If you'd rather use your internal battery and not the juice pack PLUS use the switch on the back lower-right corner of the juice pack PLUS to put it into stand-by mode. The dot near the switch will indicate whether the juice pack PLUS is in standby model or charging mode.

When your internal battery is low, simply flick the switch on and your iPhone will begin charging immediately.



**Note:** Using the stand-by switch will give you even more total battery life, as the iPhone uses additional power to b on a constant charge.

**Sync with your computer without removing the juice pack** PLUS
While connected to the juice pack PLUS you can still sync your iPhone with a computer. Simply connect the included micro USB cable from the juice pack PLUS to the computer and sync your iPhone the same as if it was directly connected.

**To keep your juice pack** PLUS **operating to its fullest potential, make sure to do the following:**
1.Keep your juice pack PLUS dry and away from moisture and corrosive material.
2.Do not wash the juice pack PLUS with harsh chemicals, soaps or detergents. Just wipe the case with a soft, water-dampened, cloth. Wipe the pins gently with a soft, fry cloth.
3.Re-charge your juice pack PLUS once every three months when not in use. And remember to charge it for one hour before putting it away the first time.

**Warning**
Read all instructions and warnings prior to using this product. Improper use of the product may result in product damage, excess heat, toxic fumes， fire or explosion for which damages you:
1.Do not store battery in high temperature environment, including intense sunlight heat. Do not place battery in fire or other excessively hot environment.
2.Be cautious of excessive drops, bumps, abrasions or other impacts to this battery, if there's any damage to the battery such as dent, punctures, tears, deformed or corrosion, due to any course, discontinued use and contact manufacture or is poses of it in an appropriate manner at your local battery recycling center
3.Do not disassemble this battery to attempt to repair or modify it in any manner
4.Do not expose this battery to moisture or submerge it in liquid, keep battery dry at all times
5.Do not attempt to charge battery using any method, apparatus or connection other than the device's USB connector. For questions or instructions for the various ways to charge the juice pack plug refer to this manual's Charging your iPhone 5 using the juice pack plus and :"use summary" sections.
6. Do not attempt to replace any part of this battery
7.If this battery is intended by Purchaser to be used by a minor, purchasing adult agrees to provide detailed instructions and warnings to any minor prior to use. Failure to do so is sole responsibility of purchaser who agrees to indemnify Manufacturer for any unintended use/misuse by a minor
8.All batteries have gone through a thorough quality assurance inspection. If you find that your battery is excessively hot, is emitting odor, is deformed, brazed, but or is experiencing or demonstrating an abnormal phenomenon immediately stop all battery use and contact Manufactory.

9.For extended storage, first charge your battery for 8 hours.

10.Never dispose of the battery in the garbage. Dispose of the batteries in the garbage is unlawful under at state and federal environmental laws and regulations. Always take used batteries to your local battery recycling center.

**Legal**

The battery is meant for use only in conjunction with the appropriate mobile entertainment device. Please consult your device packaging to determine whether this battery is compatible with your particular mobile entertainment device. Manufacturer is not responsible for any damages to any mobile entertainment device incurred through the use of the products. Manufactory shall not in any way be liable to you or to any third party for any damages you or any third party may suffer as a result of use, intended or unintended, or misuse of this battery in conjunction with any device or accessory other than the appropriate mobile entertainment device for which this battery is designed. Manufactory will not be responsible for any damages you or any third party may suffer as a result of misuse of this battery as outlined above. If you are responsible for battery use with any unintended mobile entertainment device and damages result from such use, you agree to indemnify Manufacturer for any resulting injuries to any third part(ies)

**Caution**

To comply with the limits of the Class B digital device, pursuant to Part 15 of the FCC Rule, this device is comply with Class B limits. All peripherals must be shielded and grounded. Operation with non-certified peripherals or non-shielded cables may results in interference to radio or reception.

**Modification**

Any changes or modifications not expressly approved by the grantee of the device could void the user's authority to operate the device.

**FAQ**

**What are the best methods for charging my juice pack PLUS?**

Connect the juice pack PLUS to a power source using the USB cable that came with your juice pack PLUS. The USB cable can be plugged in to your computer or any "Made for iPhone" wall-plug style power source w/usb out.

**How many charge cycles do you get in the juice pack PLUS?**

The juice pack PLUS is rechargeable for over 500 cycles (These are full cycles. Partial cycles don't count as full. So, you can charge your juice pack PLUS 10% of the way 10 times before if counts as complete cycle) Don't be afraid to top it off.

**What are the benefits of switching the juice pack PLUS to stand-by node?**

Using the stand-by switch will give you even more total battery life, as the iPhone uses additional power to be on a constant charge.

**Can I sync iPhone while the juice pack PLUS is still connected?**

You can charge and sync your iPhone to iTunes without removing it from its case via the included micro USB

cable.

**Will I always receive double the battery life with my juice pack PLUS?**

We cannot guarantee that you will receive double the battery life. The amount of additional battery you will receive depends on a variety of factors that are different for every user.

**Does the juice pack PLUS have any effect on the speaker microphone or cameras?**

Of course not!

**Does the juice pack PLUS interfere with antenna reception?**

Not a chance. The case if made of non-conductive materials so it has no interference with antenna.

# EXHIBIT 20





# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Dolly M. Gee_____ and the assigned
Magistrate Judge is _____John E. McDermott_____ .

The case number on all documents filed with the Court should read as follows:

## SACV 13-01321 DMG (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of
California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____August 26, 2013_____          By   D. Vo _____
Date                                          Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is
filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☒ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)            NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| MOPHIE, INC., a California corporation, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA, an individual, and LIVINGSOCIAL, INC., a Delaware corporation, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

**SACV 13 - 1321 DMG (JEMx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven J. Nataupsky
Sheila N. Swaroop
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**DENISE VO**

Date: 8/26/13 _____           _____
                                         *Signature of Clerk or Deputy*

1225

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

                                         _____

                                            *Server's signature*

                                         _____

                                            *Printed name and title*

                                         _____

                                            *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| MOPHIE, INC., a California corporation | DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA, an individual, and LIVINGSOCIAL, INC., a Delaware corporation, |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor, Irvine, CA 92614<br>Telephone: 949-760-0404 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT: $** to be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:** SACV 13 - 1321 DMG (JEMx)

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| MOPHIE, INC. - Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA - Texas<br>LIVING SOCIAL - Washington D.C. |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Shuli Waloop_   DATE: 8/26/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |