1  Dariush G. Adli, SBN 204959
   adli@adlilaw.com
2  ADLI LAW GROUP P.C.
   444 South Flower Street, Suite 1750
3  Los Angeles, California 90071
   Telephone: 213-623-6546
4  Facsimile: 213-623-6554

5

6  Attorney for Defendants,
   DHARMESH SHAH a/k/a DAVID SHAH d/b/a/ SOURCE VISTA,
7  and SERVE GLOBAL, LLC.

8                       UNITED STATES DISTRICT COURT

9                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 MOPHIE, a California Corporation | Case No. 13-CV-01321-DMG-(JEMx) |
| 11     Plaintiff, | |
| 12     vs. | **PROOF OF SERVICE FOR THIRD PARTY SUBPOENA ON BENJAMIN KAUFMAN** |
| 13 DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA, an individual, and LIVINGSOCIAL INC., a Delaware Corporation; and SERVE GLOBAL, LLC, a Texas limited liability company D/B/A SOURCEVISTA.COM | |
| 19     Defendants. | |

- 1 -
PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Dariush G. Adli, (SBN 204959)<br>ADLI LAW GROUP P.C.<br>444 South Flower Street, Suite 1750<br>Los Angeles, Ca. 90071<br>Tel:(213) 623-6546 Fax:(213) 623-6554<br>Attorney(s) for: Defendants<br>Ref: 0059464.GB | |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION | |
| Petitioner: Mophie, a California Corporation<br>Respondent: Dharmesh Shah, etc.; et al. | |

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT. NO.: | CASE NUMBER:<br>13-CV-01321-DMG-(JEMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   - DEFENDANT DHARMESH SHAH AND SERVE GLOBAL LLC'S NOTICE OF DEPOSITION OF BENJAMIN KAUFMAN

2. a. Name of Party served: **BENJAMIN KAUFMAN**

   b. Person with whom left with: CHARLES KWALWASSER, GENERAL COUNSEL

   c. Address: **606 WEST 28TH ST., 7TH. FL.**
   **NEW YORK, NY. 10001**

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on: 06/27/2014     (2) at: 3:35 P.M.

4. I received this document(s) for service on (date): 06/26/2014

5. The witness and mileage fees were tendered in the amount of $0

6. Person serving:
   BOBBY ALI
   EXPRESS NETWORK
   1533 Wilshire Blvd.
   Los Angeles, California 90017
   (213) 975-9850

   a. Fee for service $ 275.00
   b. ☒ Is not a Registered California Process Server
   c. ☐ Is a Registered California Process Server
   d. ☐ Employee or Independent Contractor
      (1) Registration No.:
      (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 02, 2014

Rule 982(a)(23) Judicial Council of California

**PROOF OF SERVICE**