Dariush G. Adli, SBN 204959
adli@adlilaw.com
ADLI LAW GROUP P.C.
444 South Flower Street, Suite 1750
Los Angeles, California 90071
Telephone: 213-623-6546
Facsimile: 213-623-6554

Attorney for Defendants,
DHARMESH SHAH a/k/a DAVID SHAH d/b/a/ SOURCE VISTA,
and SERVE GLOBAL, LLC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA, an individual, and LIVINGSOCIAL INC., a Delaware Corporation; and SERVE GLOBAL, LLC, a Texas limited liability company D/B/A SOURCEVISTA.COM<br><br>Defendants. | Case No. 13-CV-01321-DMG-(JEMx)<br><br>**PROOF OF SERVICE FOR THIRD PARTY SUBPOENA ON MATTHEW BRAND** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Dariush G. Adli, (SBN 204959)<br>ADLI LAW GROUP P.C.<br>444 South Flower Street, Suite 1750<br>Los Angeles, Ca. 90071<br>Tel:(213) 623-6546 Fax:(213) 623-6554<br>Attorney(s) for: Defendants<br>Ref: 0059638.GB | |

| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION |
|---|
| Petitioner: Mophie, a California Corporation<br>Respondent: Dharmesh Shah, etc.; et al. |

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT. NO.: | CASE NUMBER:<br>13-CV-01321-DMG-(JEMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   - DEFENDANT DHARMESH SHAH AND SERVE GLOBAL LLC'S AMENDED NOTICE OF DEPOSITION OF DEPOSITION MATTHEW BRAND
   - ATTACHMENT TO SUBPOENA TO TESTIFY AT DEPOSITION

2. a. Name of Party served: **MATTHEW BRAND**

   b. Person with whom left with: MATTHEW BRAND, Personally

   c. Address: 258 Bushwick Ave., Apt.6B
   Brooklyn, NY. 11206

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on: 07/07/2014        (2) at: 8:50 P.M.

4. I received this document(s) for service on (date): 07/02/2014

5. The witness and mileage fees were tendered in the amount of $0

6. Person serving:
   Michael Keating
   EXPRESS NETWORK
   1533 Wilshire Blvd.
   Los Angeles, California 90017
   (213) 975-9850

   a. Fee for service $ 360.00
   b. ☒ Is not a Registered California Process Server
   c. ☐ Is a Registered California Process Server
   d. ☐ Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 09, 2014

Rule 982(a)(23) Judicial Council of California

**PROOF OF SERVICE**