Laura A. Wytsma (Cal. Bar No. 189527)
lwytsma@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California  90067
Telephone:  (310) 282-2000
Facsimile:   (310) 282-2200

Attorneys for Defendant
LivingSocial, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DHARMESH SHAH A.K.A. DAVID SHAH/D/B/A SOURCE VISTA, an individual, and LIVINGSOCIAL, INC., a Delaware corporation,<br><br>Defendants. | Case No. 8:13-cv-01321-DMG-(JEMx)<br><br>The Honorable Dolly M. Gee<br><br>**NOTICE OF EX PARTE APPLICATION TO AMEND SCHEDULING ORDER TO REQUIRE COMPLETION OF FACT DISCOVERY BY JULY 25, 2014**<br><br>Date:  Not applicable<br>Time:  Not applicable<br>Ctrm:  7 (Spring Street)<br><br>[**HEARING REQUESTED**] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant LivingSocial moves ex parte for an order amending the scheduling order. Specifically, LivingSocial seeks an order requiring the parties to complete all fact discovery, including timely noticed depositions and document productions, no later than July 25, 2014.

This application is based upon this notice; the concurrently filed Declaration of Laura A. Wytsma; all pleadings and papers on file in this action; and upon such other evidence and argument as may be presented to the Court at the time of the hearing.

LivingSocial provided notice of this application on July 14, 2014, and discussed the substance of the application with plaintiff's counsel on July 15, 2014. *See* Declaration of Laura A. Wytsma Ex. 8, ¶¶ 16-17. mophie opposes the requested relief.

Pursuant to Central District Local Rule 7-19, below is the information for plaintiff's counsel of record:

>Steven J. Nataupsky
>steven.nataupsky@knobbe.com
>Sheila N. Swaroop
>sheila.swaroop@knobbe.com
>Nicole R. Townes
>nicole.townes@knobbe.com
>Knobbe, Martens, Olson & Bear, LLP
>2040 Main Street, 14th Floor
>Irvine, CA 92614
>Telephone: 949-760-0404

Dated: July 15, 2014                     LOEB & LOEB LLP


                                         By  */s/  Laura A. Wytsma*
                                             Laura A. Wytsma
                                             Attorneys for Defendant
                                             LIVINGSOCIAL, INC.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on July 15, 2014.

By: /s/ Laura A. Wytsma
　　　Laura A. Wytsma