Laura A. Wytsma (Cal. Bar No. 189527)
lwytsma@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California  90067
Telephone:  (310) 282-2000
Facsimile:   (310) 282-2200

Attorneys for Defendant
LivingSocial, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DHARMESH SHAH A.K.A. DAVID SHAH/D/B/A SOURCE VISTA, an individual, and LIVINGSOCIAL, INC., a Delaware corporation,<br><br>Defendants. | Case No. 8:13-cv-01321-DMG-(JEMx)<br><br>The Honorable Dolly M. Gee<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT**<br><br>Date:   October 24, 2014<br>Time:  2:00 p.m.<br>Ctrm:   7 (Spring Street) |

PLEASE TAKE NOTICE THAT on October 24, 2014, at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 7 of the above-entitled court located at 312 North Spring Street, Los Angeles, California, defendant LivingSocial, Inc. will and hereby does move the Court to find that all claims against LivingSocial in the Fifth Amended Complaint fail as a matter of law under Federal Rule of Civil Procedure 12(c) or, alternatively, to enter judgment on all claims in Living Social's favor pursuant to Federal Rule of Civil Procedure 56(c) because plaintiff cannot establish material, disputed facts as to one or more elements on which plaintiff bears the burden of proof at trial.

This motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the Declarations of Nick DiPietro, Shanna Hamilton, Elizabeth Hinkle, Gregg Phalen, and Laura A. Wytsma; the Separate Statement of Undisputed Facts and Conclusions of Law; all pleadings and papers on file in this action; and upon such other evidence and argument as may be presented to the Court at the time of the hearing.

Pursuant to Local Rule 7-3, on August 18, 2014, LivingSocial, Inc. met and conferred with mophie's counsel regarding the substance of this motion, and identified all claims on which LivingSocial would be seeking judgment. Declaration of Laura A. Wytsma ¶ 2.

Dated: September 22, 2014          LOEB & LOEB LLP


                                   By     */s/  Laura A. Wytsma*
                                        Laura A. Wytsma
                                        Attorneys for Defendant
                                        LIVINGSOCIAL, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on September 22, 2014.

By: /s/ Laura A. Wytsma
Laura A. Wytsma