Steven J. Nataupsky (SBN 155,913)
steven.nataupsky@knobbe.com
Paul A. Stewart (SBN 153,467)
paul.stewart@knobbe.com
Sheila N. Swaroop (SBN 203,476)
sheila.swaroop@knobbe.com
Nicole R. Townes (SBN 272,342)
nicole.townes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff,
MOPHIE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOPHIE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA, an individual; LIVINGSOCIAL, INC., a Delaware corporation; and SERVE GLOBAL, LLC, a Texas limited liability company D/B/A SOURCEVISTA.COM,<br><br>    Defendants. | Case No.:<br>SACV 13-01321 DMG (JEMx)<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF MOPHIE, INC. FOR SUMMARY JUDGMENT OF TRADEMARK, COPYRIGHT, AND PATENT INFRINGEMENT**<br><br>Date:   October 24, 2014<br>Time:   2:00 p.m.<br>Ctrm.:   7-2nd Floor<br><br>Hon. Dolly M. Gee |

PLEASE TAKE NOTICE that on October 24, 2014, at 2:00 p.m., before the Honorable Dolly M. Gee in Courtroom 7-2nd Floor of the United States District Court for the Central District of California located at 312 North Spring Street, Los Angeles, CA 90012, Plaintiff mophie, Inc. ("mophie") will move this Court for an order granting summary judgment of trademark, copyright and patent infringement by Defendants Dharmesh Shah a.k.a. David Shah d/b/a Source Vista, LivingSocial, Inc., and Serve Global, LLC, d/b/a sourcevista.com.

This motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 on the ground that there is no genuine issue as to any material fact and that mophie is entitled to judgment as a matter of law.

The parties conducted a conference of counsel pursuant to Local Rule 7-3 on August 18, 2014, but were unable to reach an agreement.

This Motion is based upon this Notice of Motion as well as the accompanying Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; the Declaration of Sheila N. Swaroop and the exhibits attached thereto; the Declarations of Jeffrey Bocan, John Feland, Ph.D., Bruce Jaffe, Steven Neufeld, Kelly Gray, Tim Starkey, and Fran Seward; and any other arguments, evidence and matters submitted to the Court at the hearing or otherwise. A proposed order is also being lodged herewith.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 22, 2014          By: /s/ *Sheila N. Swaroop*
　　　　　　　　　　　　　　　　　　Steven J. Nataupsky
　　　　　　　　　　　　　　　　　　Paul A. Stewart
　　　　　　　　　　　　　　　　　　Sheila N. Swaroop
　　　　　　　　　　　　　　　　　　Nicole Rossi Townes

Attorneys for Plaintiff
MOPHIE, INC.