UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SA CV 13-1321-DMG (JEMx) | Date | October 24, 2014 |
|---|---|---|---|
| Title | Mophie, Inc., v. Dharmesh Shah, et al. | | |

Present: The Honorable  **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sheila N. Swaroop | Dariush G. Adli |
| Paul A. Stewart | Drew H. Sherman |
| | Laura A. Wytsma |
| | Meredith Siller |
| | Jordan A. Sigale |

**Proceedings:** Defendant LivingSocial, Inc.'s Motion for Judgment as a Matter of Law Or, in the Alternative, Summary Judgment [131]

Plaintiff's Motion for Summary Judgment of Trademark, Copyright, and Patent Infringement [132]

Defendants Dharmesh Shah and Serve Global, LLC.'s Motion for Partial Summary Judgment [153]

Plaintiff's Motion for Bifurcation of Inequitable Conduct Defense and Counterclaim [160]

The cause is called and counsel state their appearance. The Court invites counsel to respond to the oral tentative ruling. Following oral argument, the Court advises counsel that the motions are taken under submission and a written order will issue.

1: 00