| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>Sheila N. Swaroop | 2. PHONE NUMBER<br>949-760-0404 | 3. DATE<br>Nov 13, 2014 | |
|---|---|---|---|
| 4. FIRM NAME: Knobbe, Martens, Olson & Bear, LLP | 5. E-MAIL ADDRESS: consuelo.durand@knobbe.com | | |
| 6. MAILING ADDRESS<br>2040 Main Street, 14th Floor | 7. CITY<br>Irvine | 8. STATE<br>CA | 9. ZIP CODE<br>92614 |
| 10. CASE NUMBER<br>SACV 13-01321 DMG -JEMx | 11. CASE NAME<br>mophie, Inc. v. Dharmesh Shah, et al. | 12. JUDGE<br>Hon. Dolly M. Gee | |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL ☑ NON-APPEAL ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER _____ | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
    Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Oct 24, 2014 | Anne Kielwasser | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Hearing on Summary Judgment Motions |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☑ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month:            Day:            Year:
Transcript payment arrangements were made with:

17. DATE: Nov 13, 2014

NAME OF OFFICIAL: _____

18. SIGNATURE: /s/ Sheila N. Swaroop

Payment of estimated transcript fees were sent on the following date:
Month:            Day:            Year:

G-120 (09/12)