Dariush G. Adli, Esq. [SBN 204959]
adli@adlilaw.com
ADLI LAW GROUP P.C.
444 South Flower Street, Suite 1750
Los Angeles, CA 90071
Tel: 213-623.6546
Fax: 213.623.6554

Attorney for Defendants,
Dharmesh Shah a/k/a David Shah d/b/a
Source Vista, Livingsocial, Inc.
and Serve Global LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA, an individual; LIVINGSOCIAL, INC., a Delaware corporation; and SERVE GLOBAL, LLC, a Texas limited liability company D/B/A SOURCEVISTA.COM,<br><br>  Defendants. | Case No. SACV 13-01321 DMG (JEMx)<br><br>**DEFENDANTS DHARMESH SHAH AND SERVE GLOBAL, LLC'S REQUEST FOR CLARIFICATION OF DUE DATE FOR PRE-TRIAL DOCUMENTS AND DATES FOR FINAL PRE-TRIAL CONFERENCE AND TRIAL**<br><br>Pre-Trial Documents<br>Due Date: November 18, 2014 |

---

1
DEFENDANTS' REQUEST FOR CLARIFICATION OF DUE DATE FOR PRE-TRIAL DOCUMENTS

Defendants Dharmesh Shah a/k/a David Shah d/b/a Source Vista, and Serve Global LLC, hereby file the instant Request for Clarification of the Court's Due Date for Pre-Trial Documents which is currently set for November 18, 2014.  The Court stated at the hearing On the Motions for Summary Judgment that the Court would make adjustments to the pretrial schedule if there was a delay in finalizing the Court's order.  Defendants request clarification of the pretrial schedule given the delay in issuing the final order and the breadth of the Court's recent Summary Judgment Order which was issued on November 12, 2014.  (ECF No. 306.)

The Court's Order resolved numerous issues relating to LivingSocial's Motion for Summary Judgment, mophie's Motion for Summary Judgment, and Source Vista and Shah's Motion for Partial Summary Judgment.  As a result, a number of issues are no longer at issue for trial.  Furthermore, all claims against Defendants LivingSocial were resolved by the Court's Order.

Defendants were in the process of preparing pre-trial documents.  However, because the Motions for Summary Judgment left questions as to what issues were still to be decided, Defendants Serve Global, Shah and LivingSocial all believed it would be more efficient to wait for the Court's ruling.  Defendants did not wish to spend a significant amount of time and money in preparing pre-trial documents which would be otherwise unnecessary.  In light of the Court's Order, significant time and money would have been wasted in preparing for claims no longer at issue.

Defendants' counsel attempted to contact Plaintiff's counsel and enter into a joint request for clarification of the pre-trial documents due date.  However, Plaintiff's counsel refused to do so. (Declaration of Ben Jasper at ¶2-4.)

At this time, Defendants respectfully request the Court clarify if the current respective dates for filing pre-trial documents and final pre-trial conference are operative, and also whether trial is still set to go forward on December 16, 2014.  The Court's recent ruling had a significant impact on the issues to be tried and the parties remaining in this action.  Therefore, such clarification will assist all parties in

efficiently and accurately preparing for and presenting to the Court the pre-trial documents and the remaining issues, thereby maximizing the Court's resources.

     Respectfully submitted,

Dated:  November 13, 2014       ADLI LAW GROUP, P.C.

By: /s/ Bernard C. Jasper, Esq.
Bernard C. Jasper, Esq.
Dharmesh Shah a/k/a David Shah d/b/a
Source Vista, and Serve Global, LLC