# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA CV 13-1321-DMG (JEMx) |
| Title: | mophie, Inc. v. Dharmesh Shah, et al. |
| Date | December 16, 2014 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Sheila Swaroop | Dariush Adli |
| Steven Nataupsky | Drew H. Sherman |
| Paul A. Steward | Bernard C. Jasper |

\_\_\_ Day Court Trial    1st Day Jury Trial

\_\_\_ One day trial:    X Begun (1st day);    X Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.

X Opening statements made by    Plaintiff / Defendants

X Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.

\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.

\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.    \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists    \_\_\_ Filed jury notes.    \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Case submitted.    Briefs to be filed by _____

\_\_\_ Motion to dismiss by \_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

X Case continued to    December 17, 2014 at 9:00 a.m.    for further trial/further jury deliberation.

\_\_\_ Other:

                                                                                        6  :  33

Initials of Deputy Clerk    KT

cc: