# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA CV 13-1321-DMG (JEMx) |
| Title: | mophie, Inc. v. Dharmesh Shah, et al. |
| Date | December 19, 2014 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Sheila Swaroop | Dariush Adli |
| Steven Nataupsky | Drew H. Sherman |
| Paul A. Steward | Bernard C. Jasper |

\_\_\_ Day Court Trial    4th Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    \_\_\_ Held & Continued;    X Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by \_\_\_
\_\_\_ Witnesses called, sworn and testified.    \_\_\_ Exhibits Identified    \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.
X Closing arguments made by    X plaintiff(s)    X defendant(s).    X Court instructs jury.
X Bailiff(s) sworn.    X Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.
X Jury Verdict in favor of    X plaintiff(s)    \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.    X Polling waived.
X Filed Witness & Exhibit Lists    X Filed jury notes.    X Filed jury instructions.
\_\_\_ Judgment by Court for \_\_\_    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Case submitted.    \_\_\_ Briefs to be filed by \_\_\_
\_\_\_ Motion to dismiss by \_\_\_ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Case continued to \_\_\_ for further trial/further jury deliberation.

X Other:    Post-trial motions, if any, shall be filed within 30 days of this order.

4 : 55

Initials of Deputy Clerk    KT

cc: