FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOPHIE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA, an individual; LIVINGSOCIAL, INC., a Delaware corporation; and SERVE GLOBAL, LLC, a Texas limited liability company D/B/A SOURCEVISTA.COM,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.:<br>SACV 13-01321 DMG (JEMx)<br><br>**JURY VERDICT FORM**<br><br>**REDACTED AS TO FOREPERSON'S NAME** |

# QUESTION NO. 1 – DAMAGES – COPYRIGHT

The Court has already ruled that Defendants Dharmesh Shah and Serve Global have infringed mophie's copyrights in the packaging and user's manual for mophie's juice pack® products. In the space below, please write the amount that should be paid to mophie as actual damages and profits for Defendants' infringement of mophie's copyrights:

$ __1.8 MILLION__

# QUESTION NO. 2 - JUICE PACK PLUS® TRADEMARK

The Court has already ruled that Defendants Dharmesh Shah and Serve Global have infringed mophie's juice pack plus® trademark. Do you find that Defendants Dharmesh Shah or Serve Global, or both, intentionally used the juice pack plus® trademark knowing it was an infringement?

As to Dharmesh Shah:

Yes __X__ (for mophie)      No _____ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes __X__ (for mophie)      No _____ (for Defendant Serve Global)

# QUESTION NO. 1 – DAMAGES – COPYRIGHT

The Court has already ruled that Defendants Dharmesh Shah and Serve Global have infringed mophie's copyrights in the packaging and user's manual for mophie's juice pack® products. In the space below, please write the amount that should be paid to mophie as actual damages and profits for Defendants' infringement of mophie's copyrights:

$ __1.8 MILLION__

# QUESTION NO. 2 - JUICE PACK PLUS® TRADEMARK

The Court has already ruled that Defendants Dharmesh Shah and Serve Global have infringed mophie's juice pack plus® trademark. Do you find that Defendants Dharmesh Shah or Serve Global, or both, intentionally used the juice pack plus® trademark knowing it was an infringement?

As to Dharmesh Shah:

Yes __X__ (for mophie)      No _____ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes __X__ (for mophie)      No _____ (for Defendant Serve Global)

# QUESTION NO. 3- JUICE PACK® TRADEMARK

QUESTION NO. 3a

Did Defendants Dharmesh Shah or Serve Global, or both, infringe mophie's juice pack® trademark?

As to Dharmesh Shah:

Yes __X__ (for mophie)        No _____ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes __X__ (for mophie)        No _____ (for Defendant Serve Global)

*If your answer is No for both Defendants, please skip the remaining questions on this page and proceed to Question No. 4.*

QUESTION NO. 3b

Do you find that Defendants Dharmesh Shah or Serve Global, or both, intentionally used the juice pack® trademark knowing it was an infringement?

As to Dharmesh Shah:

Yes __X__ (for mophie)        No _____ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes __X__ (for mophie)        No _____ (for Defendant Serve Global)

## QUESTION NO. 4 - JUICE PACK PRO® TRADEMARK

QUESTION NO. 4a

Did Defendants Dharmesh Shah or Serve Global, or both, infringe mophie's juice pack pro® trademark?

As to Dharmesh Shah:

Yes __X__ (for mophie)      No _____ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes __X__ (for mophie)      No _____ (for Defendant Serve Global)

*If your answer is No for both Defendants, please skip the remaining questions on this page and proceed to Question No. 5.*

QUESTION NO. 4b

Do you find that Defendants Dharmesh Shah or Serve Global, or both, intentionally used the juice pack pro® trademark knowing it was an infringement?

As to Dharmesh Shah:

Yes __X__ (for mophie)      No _____ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes __X__ (for mophie)      No _____ (for Defendant Serve Global)

-4-

**QUESTION NO. 5 - CIRCULAR PATTERN TRADEMARK**

QUESTION NO. 5a

Did Defendants Dharmesh Shah or Serve Global, or both, infringe mophie's Circular Pattern trademark?

As to Dharmesh Shah:

Yes ____ (for mophie)        No __X__ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes ____ (for mophie)        No __X__ (for Defendant Serve Global)

*If your answer is No for both Defendants, please skip the remaining questions on this page and proceed to Question No. 6.*

QUESTION NO. 5b

Do you find that Defendants Dharmesh Shah or Serve Global, or both, intentionally used the Circular Pattern trademark knowing it was an infringement?

As to Dharmesh Shah:

Yes ____ (for mophie)        No _____ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes ____ (for mophie)        No _____ (for Defendant Serve Global)

# QUESTION NO. 6 - 4:11 LOCK SCREEN TRADEMARK

QUESTION NO. 6a

Did Defendants Dharmesh Shah or Serve Global, or both, infringe mophie's 4:11 Lock Screen trademark?

As to Dharmesh Shah:
Yes ____ (for mophie)       No __X__ (for Defendant Dharmesh Shah)

As to Serve Global:
Yes ____ (for mophie)       No __X__ (for Defendant Serve Global)

*If your answer is No for both Defendants, please skip the remaining questions on this page and proceed to Question No. 7.*

QUESTION NO. 6b

Do you find that Defendants Dharmesh Shah or Serve Global, or both, intentionally used the 4:11 Lock Screen trademark knowing it was an infringement?

As to Dharmesh Shah:
Yes ____ (for mophie)       No _____ (for Defendant Dharmesh Shah)

As to Serve Global:
Yes ____ (for mophie)       No _____ (for Defendant Serve Global)

-6-

## QUESTION NO. 7 - TRADE DRESS

QUESTION NO. 7a

Did Defendants Dharmesh Shah or Serve Global, or both, infringe mophie's FLAP BOX trade dress?

As to Dharmesh Shah:
Yes __X__ (for mophie)         No _____ (for Defendant Dharmesh Shah)

As to Serve Global:
Yes __X__ (for mophie)         No _____ (for Defendant Serve Global)

*If your answer is No for both Defendants, please skip the remaining questions on this page and proceed to Question No. 8.*

QUESTION NO. 7b

Did Defendants Dharmesh Shah or Serve Global, or both, act willfully in infringing mophie's FLAP BOX trade dress?

As to Dharmesh Shah:
Yes __X__ (for mophie)         No _____ (for Defendant Dharmesh Shah)

As to Serve Global:
Yes __X__ (for mophie)         No _____ (for Defendant Serve Global)

# QUESTION NO. 8 – DAMAGES – TRADEMARK AND TRADE DRESS

QUESTION NO. 8a

The Court has already ruled that Defendants Dharmesh Shah and Serve Global have infringed mophie's juice pack plus® trademark. You have decided in response to Question Nos. 3-7 above whether one or both of the Defendants have infringed any additional trademarks of mophie or mophie's FLAP BOX Trade Dress. In the space below, please write the amount that should be paid to mophie as actual damages and profits for Defendants' infringement of the juice pack plus® trademark, and any other trademarks or trade dress that you have found to be infringed:

$ **1.35 million**

QUESTION NO. 8b

If you find that Defendants Dharmesh Shah or Serve Global, or both, have engaged in the counterfeiting of any of mophie's registered trademarks, please write the amount of statutory damages that should be awarded to mophie for the acts of counterfeiting. The number you write must be not less than $1,000 or more than $200,000 per counterfeit trademark. However, if you find that either Defendants' use of a counterfeit trademark was willful, you may award up to $2,000,000 per counterfeit mark.

$ **2.7 million**

## QUESTION NO. 9 – TRADEMARK DILUTION

QUESTION NO. 9a

    Did Defendants Dharmesh Shah or Serve Global, or both, dilute one or more of mophie's trademarks?

As to Dharmesh Shah:

Yes \_\_\_\_ (for mophie)      No \_\_X\_\_ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes \_\_\_\_ (for mophie)      No \_\_X\_\_ (for Defendant Serve Global)

*If your answer is No for both Defendants, please skip the remaining questions on this page and proceed to Question No. 10.*

QUESTION NO. 9b

    Did Defendants Dharmesh Shah or Serve Global, or both, act willfully in diluting mophie's trademarks?

As to Dharmesh Shah:

Yes \_\_\_\_ (for mophie)      No _____ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes \_\_\_\_ (for mophie)      No _____ (for Defendant Serve Global)

QUESTION NO. 9c

If you answered Yes to both Question Nos. 9a and 9b, please write the amount of damages that should be paid to mophie for the willful dilution of mophie's trademarks by either Defendant:

$ _____

### QUESTION NO. 10 – UNFAIR COMPETITION

QUESTION NO. 10a

Did Defendants Dharmesh Shah or Serve Global, or both, engage in acts of unfair competition?

As to Dharmesh Shah:
Yes __X__ (for mophie)      No _____ (for Defendant Dharmesh Shah)

As to Serve Global:
Yes __X__ (for mophie)      No _____ (for Defendant Serve Global)

*If your answer is No for both Defendants, please skip the remaining questions and go to the signature line at the end of this document.*


QUESTION NO. 10b

Did Defendants Dharmesh Shah or Serve Global, or both, engage in acts of unfair competition with oppression, fraud or malice?

As to Dharmesh Shah:

Yes __X__ (for mophie)        No _____ (for Defendant Dharmesh Shah)

As to Serve Global:

Yes __X__ (for mophie)        No _____ (for Defendant Serve Global)

### QUESTION NO. 11 – DAMAGES – UNFAIR COMPETITION

If you answered Yes to Question No. 10b, please write the amount of punitive damages, if any, that should be paid to mophie for the unfair competition of either Defendant:

$ __4.15 million_____

*After you have reviewed and completed all the questions, please have the jury foreperson sign and date this document.*

DATED: 12/19/14

Foreperson Name and Signature